December 14, 2022 11:56 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW /12-14

*United States Court for the District of Col*
*In the Southern Division of: Michigan Sta*

**1:22-cv-1190**
Paul L. Maloney - U.S. District Judge

In re: ISAIAH STEWARD ROBINSON; 462832   Case No.

---

" ISAIAH STEWARD ROBINSON ",

Debtor - Principal ;

" Isaiah Steward Robinson "
Secured Party-Creditor,

~VS~

Daniel Evans d/b/a DANIEL EVANS;

Robert Mendham d/b/a ROBERT MENDHAM;

Robert M. Hayes d/b/a ROBERT M. HAYES,

| BACKGROUND INFORMATION |  |
|---|---|
| Case Initiation | Respondents. |

1. In the late evening hours of April 13, 2016; a call was made to "COUNTY OF NEWAYGO" 9-1-1 central dispatch. The caller, who goes by Laird Weston, falsely reported to an unknown dispatch operator that the Real-Party-of-Interest, Isaiah Steward Robinson, had [verbally] "threatened" him.

2. Daniel Evans, then and there acting in his capacity as "CITY OF WHITE CLOUD" Police Sergeant, was dispatched to interview the caller before subsequently seizing the property regarded as the [juristic] "person": ISAIAH STEWARD ROBINSON; by taking physical custody of the [natural] "person": Isaiah Steward Robinson without an arrest warrant and admittedly without probable cause. [References: Newaygo County 9-1-1 Dispatch Recording; and, Arresting Officer's Body-Camera: BODY.X78011562.0985.160413.225616.1831.MP4]

3. Due to a history of "Severe Anxiety Disorder" and "Panic Attacks", coupled with concerns of medical complications associated with a [then] recent Lung Collapse for which the Real-Party-of-Interest had been hospitalized from [approximately] April 7th until April 12th (2016); "NEWAYGO COUNTY JAIL" Sergeant: P. Green required the accused to be "medically cleared" before the jail would lodge the [juristic] "person", to wit: the vessel, on any alleged "charge".

4. Ultimately the [natural] "person" was "cleared" by medical professionals, then taken [captive] by Daniel Evans to "NEWAYGO COUNTY JAIL"; where the [vessel] regarded as the Real-Party-in-Interest, ISAIAH STEWARD ROBINSON, was [tentatively] "charged" by "PEOPLE OF THE STATE OF MICHIGAN" for a 90-day misdemeanor [assault] against Laird Weston.

5. On the 14th of April 2016, prior to commencement of any relevant proceedings; "COUNTY OF NEWAYGO" Assistant Prosecuting Attorney: Robert M. Hayes d/b/a ROBERT M. HAYES (P-69006) [tacitly] disregarded the plausibility of Daniel Evans [clearly] exaggerated "assault" allegation; whereby, [Michigan] statute precluded "STATE OF MICHIGAN" from pursuing any subsequent claim for relief thought to be premised upon the April 13, 2016 seizure by Daniel Evans, since:

"A PEACE OFFICER WHO HAS ARRESTED A PERSON FOR AN OFFENSE WITHOUT A WARRANT SHALL without unnecessary delay TAKE THE PERSON ARRESTED BEFORE A MAGISTRATE of the judicial district in which the offense is charged to have been committed, AND SHALL PRESENT TO THE MAGISTRATE A COMPLAINT STATING THE CHARGE AGAINST THE PERSON ARRESTED." [Reference: MCL 764.13 et.seq.]; and

"A magistrate shall issue a warrant UPON PRESENTATION OF A PROPER COMPLAINT alleging the commission of an offense and a FINDING OF REASONABLE CAUSE TO BELIEVE that THE individual ACCUSED in the complaint COMMITTED THAT OFFENSE. The complaint shall be sworn before a magistrate or clerk.

\* The FINDINGS OF REASONABLE CAUSE by the magistrate may be based upon 1 or more of the following:

(a) FACTUAL ALLEGATIONS of the complainant CONTAINED IN THE COMPLAINT.

(b) The COMPLAINANT'S SWORN TESTIMONY.

(c) The complainant's affidavit.

(d) Any supplemental sworn testimony or affidavit of other individuals presented by the complainant or required by the magistrate. [Reference: MCL 764.1a (1)(2)] (relevant EMPHASIS added as My Own)

6. In lieu of dismissing the case entirely, by disposing of [fatal] defects exemplifying an obviously fabricated "verbal threat" complaint reported by Laird Weston, thereby, exposing an [overtly] UNLAWFUL SEARCH AND SEIZURE, i.e. false arrest, as evinced by the "STATE" informally abandoning Daniel Evans [presupposed] "assault" narrative; Prosecuting Attorneys for "COUNTY OF NEWAYGO", acted-in-concert-with "CITY OF WHITE CLOUD" Police Chief: Robert Mendham to subvert Constitutional Requirements and Legislative Mandates.

COMMON LAW NOTICE: "Where irreparable injury will result from acts of public officials in attempting to proceed under invalid statute, jurisdiction of equity may be invoked for the purpose of obtaining injunctive relief and determination as to constitutionality of such statute." [See: Diggs v. State Board of Embalmers & Funeral Directors, 321 Mich. 508, 32 N.W.2d 728 (1948), cert. denied, 335 U.S. 885, 69 S. Ct. 234, 93 L. Ed. 424 (1948)]

7. Agents for the Principal: "STATE OF MICHIGAN" doing-business-as "COUNTY OF NEWAYGO", along with its "CITY OF WHITE CLOUD" instrumentality; conspired UNDER COLOR OF LAW, subverting the "Rule of Law" to which they were bound by terms and conditions cognizable as being [unalienable] rights of the accused; having filed a spurious superseding complaint, charging offenses wholly incidental to the asserted "cause" for arrest; however, did so after [prejudicially] omitting the misdemeanor "assault" axiom [solely] reckoned as the asserted probandum justifying seizure of [regarded] "persons" on April 13, 2016.

COMMON LAW NOTICE: "To constitute a conspiracy, there must exist an understanding or agreement to accomplish an unlawful end, or a lawful end by unlawful means." [See: People v. McKenna, 282 Mich. 668, 276 N.W. 718 (1937)]

8. Under those circumstances, the [Seventy-Eighth District] court of first instance was divested of jurisdiction by the "acts and omissions" of Robert M. Hayes and Robert Mendham, whom, individually and collectively failed to charge any offense in the complaint from which it might be discerned or ascertained that the accused was [lawfully] apprehended for any particular or definitive "cause".

COMMON LAW NOTICE: "Preparation of a complaint by prosecuting attorney and filing of it by him with magistrate fulfills all purposes... requiring order in writing to be signed and filed by the prosecuting attorney... before warrant in certain criminal cases can be issued." [See: People v. Debois, 9 Mich. App. 30, 155 N.W.2d 692 (1967)]; and,

"Preparation of a complaint by prosecuting attorney and filing thereof by him with magistrate fulfills requirement... conditioning legality of a warrant on written order signed by prosecuting attorney and filed with magistrate." [See: People v. Carter, 379 Mich. 24, 148 N.W.2d 860 (1967)]

9. At 10:30 a.m. [April 14, 2016]; Robert M. Hayes authorized a warrant to be presented by Robert Mendham, in the Seventy-Eighth District Court, before ["non-attorney"] Magistrate: Jonathan J. Morse; thereby commencing a "Probable Cause Hearing" for which the accused "person" had [neither] been present or represented (i.e. re-pre-sented) in any capacity. The "STATE" then withheld transcription of that "Probable Cause Hearing" in violation of a [May 5, 2016] "DEFENDANT'S REQUEST FOR DISCOVERY" to prevent [pre-trial] disclosure of FRAUDS, DEFECTS, and other VARIANCES that contravene "Legal Process".

10. During said "Probable Cause Hearing" Robert Mendham provided testimony [which] he and his co-conspirators (acting as Agents favoring "UNITED STATES" interest in a Principal: "STATE" OF MICHIGAN) knew or should have known to be [intentionally] misleading, [deliberately] misstated, and [materially] misrepresented; WHEREAS: Robert Mendham could not have honestly, truthfully, and virtuously sworn to or proffered [any] testimony regarding offense(s) the complaint alleged.

NOTE: Robert Mendham was not involved with, present during, or otherwise in proximity or position to have experienced, witnessed, or observed the commission of [any] offense for which he offered testimony supposing to satisfy probable cause requirements and influence [magisterial] findings to issue an arrest warrant.

COMMON LAW NOTICE: "A conspiracy is a partnership in criminal purposes; the gist of the offense lies in the unlawful agreement between two or more persons; establishing a conspiracy requires evidence of specific intent to combine with others to accomplish an illegal objective; to prove the intent to combine with others for an illegal purpose, the prosecution must show that the intent, including knowledge, was possessed by more than one person; for intent to exist, the defendant must know of the conspiracy, know of the object of the conspiracy, and intend to participate cooperatively to further that objective." [See: People v. Turner, 213 Mich. App. 558, 540 N.W.2d 728 (1995)]

11. The [foremost] "probable" and "reasonable" cause theories feigned [hitherto] by "STATE" Attorneys suggest [relevant] "persons" were seized [4/13/16] WITHOUT A WARRANT by Daniel Evans. Be that as it were, the [4/14/16] complaint filed with the magistrate, and the warrant issued by the magistrate, as well as the "return" on the warrant signed by Robert Mendham to portray himself as though he had been the one who seized the "persons" ON A WARRANT; provides "clear and compelling" proof of conspicuous frauds and overt variances. Those same variances, of the fatal types, evidence "RADICAL JURISDICTIONAL DEFECTS"; which constitute "unauthorized process", among divers other violations, privations, and contraventions forcibly subjugating the Suitor [irreparably] to suffer damages and injuries in open perpetuity.

COMMON LAW NOTICE: "The general rule is that to constitute actionable fraud it must appear that (1) the defendant made a material representation; (2) that it was false; (3) when he made it he knew it was false, or made it recklessly, without any knowledge of its truth and as a positive assertion; (4) he made it with the intention that it should be acted upon by the plaintiff; (5) the plaintiff acted with reliance upon it; and (6) he thereby suffered injury; each of these facts must be proved with a reasonable degree of certainty, and all of them must be found to exist." [See: Gorman v. Soble, 120 Mich. App. 831, 328 N.W.2d 119 (1982)]

12. TO BE CLEAR: "CITY OF WHITE CLOUD" Police Chief: Robert Mendham gave testimony that he cannot [plausibly] deny having known was deceptive and false for purposes of securing an arrest warrant, on which Robert Mendham then forged the Return to "make believe" that he, himself, had executed the arrest. Robert M. Hayes, Robert Mendham, and Jonathan J. Morse each, individually and collectively, signed the complaint and warrant [despite] knowing the [regarded] "persons" were already in [jail] custody, since that evening before, after the "WARRANTLESS ARREST" by Daniel Evans. The Real-Party-of-Interest, therefore and thereby, took the case to trial; relying upon ethics and morale to be inherent amid judiciary [and] law enforcement officers, i.e. having had faith in the [MICHIGAN] code(s) of judicial and professional conduct being upheld by the judicial canons, as well as "judicial integrity" which is believe to [fixedly] preserve standards of "judiciousness". However, the accused did rely thereon to One's own detriment, not limited to harm caused by frauds and other damages suffered and endured.

COMMON LAW NOTICE: "An officer of justice is bound to know the law, and if he makes an arrest which facts on which he proceeds would not justify, if true, he is a wrongdoer." [See: Donovan v. Guy, 347 Mich. 457, 80 N.W.2d 190 (1956)]

13. Ironically, the Plaintiff [straw-man] was eventually convicted by an [arguably] "fixed" jury for offenses which include "resisting" Daniel Evans warrantless arrest, on the 13th day of April 2016; however, neither the Complaint, Warrant, or Information filed in the Trial Court Record contains any relevance to the precise statute [MCL 764.81 (1)], and/or, asserted statutory authority for which the Principal: STATE OF MICHIGAN [feebly] contends that "persons" had been seized by Daniel Evans [MCL 764.15 (1) (d)] "in the late evening hours of April 13, 2016".

COMMON LAW NOTICE: "Equity has jurisdiction to interfere, by way of injunction, in case where public officials are proceeding illegally and improperly under claim of right, where it is alleged that complainant thereby suffers irreparable injury." [See: Ritchie v. Hamtramck, 340 Mich. 284, 65 N.W.2d 732 (1954)]

## DISCUSSION

The [paramount] crux of matters to be weighed on the [equitable] scale of justice, by virtue of a Chancellor's [common-law] jurisdiction and [ethical] adjudicative discretion, does not require any superb [investigative] scrutiny or profound [legal] analysis. The Rule of Law [unequivocally] binding agents to the Principal: "STATE OF MICHIGAN", under the terms and conditions of its charter, stands alone to prognosticate [in no uncertain terms] a single course-of-action which the [instant] cause-of-action was slated [from its inception] to fall in conformity with. For the sake of upholding the common-law law, to defend the Constitution in accordance with said conformity; this suit must [FIRST] ascertain how the Principal Parties might so adamantly contend that [the] "persons" were "arrested" by "CITY OF WHITE CLOUD" Police Sergeant: Daniel Evans, "in the late evening hours of April 13, 2016"; despite [certified] trial court records [indisputably] establishing an extraneous and contradictory narrative [materially] suggesting "CITY OF WHITE CLOUD" Police Chief: Robert Mendham apprehended the "persons", [notably], on the precise date, and, at the exact [same] time the complaint commenced a "Probable Cause Hearing" in the "COUNTY OF NEWAYGO" 78th District Court.

COMMON LAW NOTICE: "A representation by a person constitutes a fraud where at the time the representation is made the person making such representation has no present intent to carry it out." [See: Gorman v. Soble, 120 Mich. App. 831, 328 N.W.2d 119 (1982)]

---

These circumstances must necessarily be understood to comprehend the much more germane fact, supported by incontrovertible truth, that no warrant supported by oath and/or affirmation, specific to the sole predicate for arrest, has ever issued. Therefore, in the absence of that predicate supported by oath and/or affirmation; the "defendant", to wit, the Petitioner in this matter, was unlawfully, thus unconstitutionally, arrested and is thereby Restrained of Liberty and Liberty Interest without any basis in fact, in law, and without any viable or genuine commercial premise.

The Petitioner's Constitutional privilege, "to be secure in... person, house, paper, and effect, against unreasonable search or seizure" was callously violated; since. a warrant DID ISSUE WITHOUT PROBABLE CAUSE.

Furthermore; where said warrant made no mention of the offense for which the " defendant " strawman had supposedly been seized, the feignedly exaggerated oath and affirmation, purportedly relied upon for said warrant to issue, DID NOT REASONABLY, LEGALLY, OR CONSTITUTIONALLY WARRANT SEIZURE OF THE [defendant's] "PERSON", PAPERS, OR EFFECTS.

Even so, antecedent opinions rendered by Michigan's [chief] interpreters of legislation, the Michigan Supreme Court, have prevalently established a long-standing legal precedent, to preclude relief from being granted for claims that do not properly attach jurisdiction, authority, and discretion.

Please, take for instance the three examples as follows:

(1) " An information for resisting an officer in attempting to serve a warrant issued by a justice of the peace must set out all the facts which gave the justice jurisdiction to issue the warrant. " [People v. McLean, 68 Mich. 480, 36 N.W. 231(1888)]

(2) " An information for resisting an officer while attempting to preserve the peace charges no offense if it fails to state the acts of facts constituting the offense or of the officer's acts which the respondent obstructed. " [People v. Hamilton, 71 Mich. 340, 38 N.W. 921(1888)]

(3) " The offense of 'knowingly and willfully obstructing, resisting, assaulting, beating, and wounding an officer endeavoring to preserve and keep the peace... then and there engaged in his lawful acts...,: should particularize the facts wherefrom such duty arose, and without such particulars charges no offense. " [People v. Hubbard, 141 Mich. 96, 104 N.W. 386(1905)]

Coincidentally; though admittedly not germane, in relationship to the Petitioner's Fundamental Right to Freedom, Quality of Life, Liberty, and Liberty Interest, notwithstanding the offense " charged "; One's instant case-in-point, clearly demonstrates a type of scenario strikingly identical to the comprehensive theme opined by Michigan Supreme Court; to establish a precedent, via the above culmination of excerpts from Michigan Supreme Court opinions.

Generally recognized "Rule of Law" for the Principal: "STATE OF MICHIGAN" sets forth the term "Legal Process" to mean:

"A summons, COMPLAINT, pleading, writ, WARRANT, injunction, notice, subpoena, lien, order, or other document issued or entered by or on behalf of a court or lawful tribunal or LAWFULLY FILED WITH OR RECORED BY a governmental agency that is USED AS A MEANS OF EXERCISING OR ACQUIRING JURISDICTION over a person or property, TO ASSERT OR GIVE NOTICE OF A LEGAL CLAIM AGAINST A PERSON OR PROPERTY, or to direct persons to take or refrain from an action"; and, that,

"Unauthorized process" means either of the following:

(i) A document SIMULATING LEGAL PROCESS that is prepared or issued by or on behalf of an ENTITY THAT PURPORTS OR REPRESENTS ITSELF to be a lawful tribunal or court, public officer, or other agency created, established, authorized, or sanctioned by law but that is not a lawful tribunal or a court, public officer, or other agency created, established, authorized, or sanctioned by law.

(ii) A document that would otherwise be legal process except that it was not issued or entered by or on behalf of a court or lawful tribunal OR LAWFULLY FILED WITH OR RECORDED BY a governmental agency AS REQUIRED BY LAW." [Reference: MCLS 750.217c (7), (b), and (e)] (relevant emphasis added)

"A party may attack a court's order as void and where the order was void because it was beyond the power of the court to render there is no time limit within which the order must be challenged". [See: Hoffman v. Hoffman, 125 Mich. App. 488, 336 N.W.2d 34 (1983)]

Each of the Defendant Parties, ı are , individually and collectively required by the Laws and Constitution of the "STATE OF MICHIGAN"; to know that any and all transactions undertaken against the "Plaintiff" or "Prisoner" straw-man must conform to the [universal] standards governing principles of the LAW MERCHANT (i.e. the "UNIFORM COMMERCIAL CODE"). Most importantly, Defendants: Daniel Evans; Robert Mendham; and Robert M. Hayes were required to know that establishing and substantiating the probandum for arrest is essential to filing a PROPER COMPLAINT with the magistrate, AS REQUIRED BY LAW.

COMMON LAW NOTICE: "Preparation of a complaint by prosecuting attorney and filing of it by him with magistrate fulfills all purposes... requiring order in writing to be signed and filed by the prosecuting attorney... before warrant in certain criminal cases can be issued." [See: People v. Debois, 9. Mich. App. 30, 155 N.W.2d 692 (1967); and,

"Preparation of a complaint by prosecuting attorney and filing thereof by him with magistrate fulfills requirement... conditioning legality of a warrant on written order signed by prosecuting attorney and filed with magistrate." [See: People v. Carter, 379 Mich 24, 148 N.W.2d 860 (1967)]

In particular, Robert M. Hayes knew or should have known from the 9-1-1 dispatch recording and body-camera footage of Daniel Evans that:

(a) The statement/confession Laird Weston gave to the 9-1-1 dispatch operator was RACIALLY CHARGED, and, that the latter report given by Mr. Weston to Daniel Evans had been perspicuously conflicting, quite obviously coerced, and conspicuously prevaricated.

FOR INSTANCE: Mr. Weston told the 9-1-1 dispatch operator that Isaiah had threatened him; AFTER he, himself, "almost went in the ditch" attempting to "run-over"Isaiah. Laird Weston then informed the dispatch operator that Isaiah "drove away in a silver Pontiac", and, that he did not have driver's license. Less than 15-minutes later Mr. Weston told Daniel Evans that Isaiah hadn't "threatened" him until AFTER he had made the call to 9-1-1. Remarkably Mr. Weston did not hesitate to express his complaint with clear and compelling indications of RACIAL MOTIVATION and UNDERTONES. In particular, when, during his call with 9-1-1 dispatch Laird Weston specifically made reference to Isaiah as "the nigger"; applying such epithet to the same sentence and in the same context of admitting his attempted "vehicular assault", which, was later reported to Daniel Evans by the dispatch operator, then, confirmed by an eyewitness who personally observed the caller committing said crime.

(b) Daniel Evans fabricated, exaggerated, and withheld contravening statements and relevant facts, then, denied any existence of audio/video proof that the 9-1-1 dispatch operator and an eyewitness had advised him of Mr. Weston's admitted "vehicular assault" attempt.

(c) An eyewitnesses [firsthand] statement, recorded by Daniel Evans own body-camera, was intentionally omitted and refuted to establish and sustain the false narrative for arrest.

(d) Daniel Evans failed to preserve other exculpatory evidence, generated after he, himself, request it; in the form of a written statement obtained from Laird Weston by Devin Wilson.

(e) Robert Mendham was not present or even perceptively on duty the night of April 13, 2016 when Daniel Evans apprehended the Real-Party-In-Interest, and, that Robert Mendham had no involvement WHATSOEVER with the incident, investigation, or so-called "arrest".

(f) "Unauthorized process", as defined under "STATE OF MICHIGAN" law, is undoubtedly evident; where-as "PEOPLE OF THE STATE OF MICHIGAN" expressly contend that the courts jurisdiction, power, and authority did properly attach by [pretend] virtue of an April 14, 2016 "Probable Cause Hearing", when INTENTIONALLY MISLEADING TESTIMONY had been proffered by Robert Mendham to secure the arrest warrant; which Robert Mendham then subsequently proceeded to forge.

(g) Robert Mendham did not nor could he have honestly or truthfully executed the warrant and/or warrant return endorsed by both defendants on that April 14, 2016 morning, when, in-fact, the "person" was already in custody following the unlawful seizure by Daniel Evans the evening before; upon which Robert M. Hayes himself did proceed to deceitfully and feebly build the "STATE'S" now faltering case against the "person".

The facts, truths, and evidences set forth by this JOINDER of CRIMINAL and CIVIL SUBJECT MATTER, presented in the form for a BILL OF COMPLAINT; is of the type to confute any plausibly presupposed "reasonable belief" that the Living Man "threatened" and/or "assaulted" Laird Weston. Even so, the substance of the merit(s) embodying this suit shall indisputably discredit that vague presupposition as being any valid or justifiable premise which "legally permitted" Daniel Evans to seize the "person" without a warrant on the 13th day of April (2016); thereby, fortifying the truth, and irrefutable proof that Newaygo County Prosecutors abandoned Daniel Evans "reasonable belief" premise, forthwith and altogether; by omitting the totality of that PROBABLE CAUSE PRETEXT from the requisite instruments to [theoretically] provide "security" (i.e. insurance) for the Prosecuting Attorney to charge the vessel. As such, the INSURANCE POLICY, to-wit: "Public Hazard Bonds", of all pertinent attorneys, including judges, MUST BE DISTRESSED; on the basis of their failure to responsibly prosecute the instrument to the benefit of THAT beneficiary, and thereby, their failure to faithfully perform their duty to transfer liability for BONDS issued under the "DOCTRINE OF SUBROGATION". The same culmination of unconscionable factors are hereby set-forth as proofs tantamount to evidencing how all claims against the Plaintiff's Estate, arising from the crime of KIDNAPPING committed by Daniel Evans on April 13, 2016, along with all ensuing transactions, must ultimately and miserably fail.

Corporate "STATE OF MICHIGAN" laws; which prescribe for the stringent requirements and mandates to undertake an "Arrest without warrant" promulgate that:

"A peace OFFICER WHO HAS ARRESTED a person for an offense without a warrant shall without unnecessary delay take the person arrested before a magistrate of the judicial district in which the offense is charged to have been committed, and SHALL PRESENT TO THE MAGISTRATE A COMPLAINT STATING THE CHARGE AGAINST THE PERSON ARRESTED." [Reference: MCLS 764.13 et. seq.] (relevant emphasis added)

Howbeit, contrary to and notwithstanding any promulgated Rule of Law in force at the time of said April 13, 2016 "arrest" by Daniel Evans; "officer" Evans himself did not "take the person arrested before a magistrate" or "present to the magistrate a complaint stating the charge against the person arrested." However, in a subversive and nebulous turn-of-events; Robert "Bob" Mendham, who had no prior or subsequent involvement with the case, being neither present during or in any way associated with Daniel Evans April 13, 2016 seizure of the person; did "present to the magistrate a complaint" ALLEGING EXTRINSIC CHARGES AGAINST THE VESSEL. Furthermore; while the alternate complaint, endorsed by Robert M. Hayes and Robert Mendham, indisputably states charges against the person; it does not include or even indicate any offense for which the "person" had been seized without a warrant.

As such, it is hereby shown how Defendant Parties colluded to willfully contravened expressed legal requirements in force at that time; including but not limited to legislative mandates requiring that:

(1) A magistrate shall issue a warrant UPON PRESENTATION OF A PROPER COMPLAINT alleging the commission of an offense and a finding of reasonable cause to believe that the individual accused in the complaint committed that offense. The complaint shall be sworn before a magistrate or clerk.

(2) The findings of reasonable cause by the magistrate may be based upon 1 or more of the following:

(a) FACTUAL ALLEGATIONS of the complainant CONTAINED IN THE COMPLAINT.

(b) The complainant's SWORN TESTIMONY.

(c) The complainant's affidavit.

(d) Any supplemental sworn testimony or affidavits of other individuals presented by the complainant or required by the magistrate. [Reference: MCLS 764.1a (1), (2)] (relevant emphasis added)

Pertinent to the circumstances of this instant JUDICIAL NULLITY; the purportedly "factual allegations" and "sworn testimony" undeniably relied upon to reckon reasonable and/or probable cause findings by the magistrate; was not testimony which the complainant himself could have sworn to the verity of, nor were his allegations contained in the complaint. In fact, the posing complainant: Robert Mendham, in effect, merely provided "secondhand", i.e. "the-hand-me-down", testimony proffered by Daniel Evans; which Robert Mendham could not have, virtuously or properly sworn or attested to, as required by law, when he did not personally witness or even experience any of the events to which he testified. Also true, is that Robert Mendham could not have "factually alleged" any aspect of the complaint, when, he had not been present during the incident, whereby, he might confirm any of the facts supposedly arising from the complaint being alleged; neither could the magistrate have relied upon allegations NOT CONTAINED IN THE COMPLAINT as sufficient to reach a finding of probable cause.

There are [indubitably] a number of FATAL VARIANCES, RADICAL JURISDICTIONAL DEFECTS, and [conspicuous] issues of controversy surrounding the "Case Initiation Information" with respect to [who] took custody of the living man [i.e. petitioner], thereby "arresting" the vessel [i.e. plaintiff] and [when]. Be that as it may, during the testimony given before "non-attorney" Magistrate: Jonathan J. Morse; Police Chief: Robert Mendham testified that Daniel Evans took this Petitioner into custody on April 13, 2016. As such the sworn testimony of Chief: Mendham, himself, proves that he knew the Petitioner was already in custody at "NEWAYGO COUNTY JAIL" when he forged and falsified the "charging" instruments to insinuate the arrest warrant had been executed by him on April 14, 2016, and to overcome [certain] probable cause requirements. The [sinister] confliction of [critical] inconsistencies that expose how "STATE" Agents: Robert Mendham, Daniel Evans, Robert M. Hayes, and Jonathan J. Morse plotted to conceal-then-ultimately-negate a tainted arrest theme, by forging official "STATE" records, in-and-of-itself prescribes for a Chancellor to decree the EQUITABLE RELIEF AND REMEDY hereby prayed for. This action is particularly ripe for the Court of Equity venue, since, NO CHARGING INSTRUMENT particularizes, indicates, or even characterizes ANY CAUSE for "arrest" WHATSOEVER.

## COMMON LAW BILL OF COMPLAINT

### Introduction

IN THE NAME OF: We, the people (within and without the [principal] STATE OF MICHIGAN); by political power and authority cognizable under the "letter" of contractual nexus regarded as Michigan Constitution of 1963 [et. seq.], to-wit, by virtue of being [a] beneficiary of the government {trust} bestowing "inherent" political powers upon "We the People"; the instant "EX PARTE" action is set forth in-good-faith. Circumspectly, this is a matter of considerable "diversity" involving more than one [political] system of a body of people, and various [corporate] systems of rules over which "STATE OF MICHIGAN", its constituencies, and all associated instrumentalities thereof, have pretentiously imagined ways in which to "practice" and "exercise" [conventional] power(s), [de facto] jurisdiction(s), and [practicable] authority(-ies); as a means of acquiring jurisdiction over a person or property, to assert or give notice of a legal claim against a person or property, or to direct persons to take or refrain from an action. In consideration of [this] complaint; the forum [hereby] instituted is entreated to apply, among other MICHIGAN Common Law, a standard opined by "MICHIGAN COURT OF APPEALS" as follows:

"... where there are both legal and equitable claims and there is a 'request' for a jury trial, the equitable claim shall be decided by the court sitting as a chancellor in equity and the legal claim shall be decided by a jury trial." [See: Dutka v. Sinai Hospital of Detroit, 143 Mich. App. 170, 371 N.W.2d 901 (1985)]

### FOR THE RECORD:

In the alternative, as [a] Sovereign Beneficiary of the Trust; Claimant "Isaiah Steward Robinson" hereby appoints the individual(s) designated to hear and decide this cause as "his" Trustee(s), and, further implores said individual(s) to:

(1) Discharge this matter by rendering compensation for damages from the proceeds of the court {e.g. from Trust Funds at the disposal of "general government"}, then,

(2) Subsequently eliminate the record.

NOTE: Claimant wishes to be compensated in the amount of $7,000,000.00 (i.e. Seven-Million Dollars), in redemption, from each of the adversarial parties named; as COMPENSATORY DAMAGES to which the estate is equitably entitled; sufficient to cover losses sustained and allow punishment for [malicious, intentional, and negligent] torts committed, including Breach(-es) of Trust and other deviations from the contract, demonstrating actionable fraud with actual malice, and the multiple acts of violence masqueraded as official duty(-ies), "under color of law", behind the "Corporate Veil" of undue influences [nominal]. These "awards" are not inconsistent with the equities of the case. [Reference: MCL 440.3312 (1), (c); and 28 USC 959 et. seq.]

COMMON LAW NOTICE: "On appeal the court reversed and remanded, holding that there was no federal general common law, and that except in matters governed by the U.S. Constitution or by acts of Congress, the law to be applied by federal courts in any diversity case was the law of the State... And whether the law of the State shall be declared by its Legislature in a statute or by its highest court in a decision is not a matter of federal concern. There is no federal general common law. Congress has no power to declare substantive rules of common law applicable in a State whether they be local in their nature or 'general', be they commercial law or part of the law of torts. [See: Erie R.R. v. Tompkins, 304 U.S. 64, 58 S. Ct. 817 (1938)]

Injunctive Relief hereby warranted shall also include issuance of a "quia-timet"-injunction, along with "such other and further relief as shall appear agreeable to equity and good conscience"; commiserate with injury(-ies) inflicted, caused and perpetuated by agents for the principal "STATE OF MICHIGAN"; exemplified by "continuing violations" in open perpetuity; resulting from a plethora of vindictively calculated RETALIATIONS against Claimant, by state authorities and public officials, for exercising protected conduct as well as for RIGHTS VIOLATIONS not-limited-to DELIBERATE PRIVATIONS of rights, privileges and entitlements guaranteed under the contract arising from the {Constitutional Trust} compact, which, at a minimum constitute: (i) "BREACH OF CONTRACT"; (ii) "FIDUCIARY BREACH"; (iii) "BREACH OF TRUST"; (iv) "OBSTRUCTION OF JUSTICE"; (v) "CRUEL AND UNUSUAL PUNISHMENT"; (vi) "INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS"; (vii) "EXCESSIVE USE OF FORCE"; (viii) "CONSPIRACY"; (ix) "DISCRIMINATION"; and (x) "RETALIATION".

ENUMERATED STATEMENT OF RELEVANT FACTS TRUTHS AND LAW

1. "We the People", as individuals, are indubitably creations of the Sovereign and Almighty God; whereby prudence with respect to "the Laws of Nature and Nature's God" dictate how and why only the Creator has authority and control over creation and, in particular, that God [alone] governs the [physical] existence and [natural]--state--of--[free] Men and Women.

* ECCLESIASTICAL [common law] NOTICE: "And God said, let Us make man in Our image, after Our likeness: and let 'them' have dominion... upon the earth. So God created man in His own image, in the image of God created He him: 'MALE and FEMALE created He them'. And God blessed them, and God said unto them, BE FRUITFUL, and MULTIPLY, and replenish the earth, and SUBDUE IT...

And the Lord God formed Man of the dust of the ground, and breathed into His nostrils the breath of life, and MAN BECAME A LIVING SOUL." {Reference: The Holy Bible, King James Version, Book of Genesis, Chapter 1, Verses 26 through 28; and Genesis Chapter 2, Verse 7} (quoted in pertinent part) (added EMPHASIS are this writer's Own).

2. "Isaiah Steward Robinson" is a Sovereign individual, in the collective capacity with other Sovereigns (i.e. in congruity with all other free Men and Women not incapable of comprehending their [true] origin and status to be that of divinities manifestation); therefore "Isaiah Steward Robinson", from birth, was [solely] and is [ultimately] "subject" to only Almighty God.

* ECCLESIASTICAL [common law] NOTICE: "...Whether it be right in the sight of God to hearken unto you more than unto God, judge ye." {Reference: The Holy Bible, King James Version, Book of The Acts of the Apostles, Chapter 4, Verses 19}

3. Free men and women have [subsequently] created government(s); over which government(s) "We the People" have authority and control in the same way Almighty God has authority and control over us.

* CONSTITUTIONAL NOTICE: "We, the people of the State of Michigan, grateful to Almighty God for the blessings of freedom, and earnestly desiring to secure these blessings undiminished to ourselves and our posterity, do ordain and establish this constitution"; and, "All political power is inherent in the people. Government is instituted for their EQUAL 'BENEFIT', 'SECURITY', and PROTECTION." (Quoting, in pertinent part, from "CONSTITUTION OF THE STATE OF MICHIGAN OF 1963"; to-wit: the Preamble and Article I, Section 1).

4. Government(s) ultimately created corporations; including the incorporation(s) of: "individuals, other corporations, business trusts, estates, trusts, partnerships, limited liability company's, associations, joint ventures, governments, governmental subdivisions, agency's, as well as all such instrumentalities, public corporations, or any other legal or commercial entity--by--which government(s) have incorporated aspects, divisions, and factions of government(s); over which [individual] "aspects", "divisions", and "factions" of general government (i.e. We, the People) have the expressed authority and exclusive control.

5. By virtue of over-indulging the freedoms and liberties indispensable to sovereignty; Men and Women began to increasingly deny, then slowly digressed from that [inherent] form of godliness once widely accepted as a component of belief central to the essence and existence of Mankind; whereas instead "humanity" became increasingly infatuated with catering to the desires of flesh, thus, becoming [wantonly] allured by the rudiments of this world.

* ECCLESIASTICAL NOTICE: "Because that, when they knew God, they glorified him not as God, neither were thankful; but became vain in their imaginations, and their foolish heart was darkened. Professing themselves to be wise, they became fools... WHO CHANGED THE TRUTH OF GOD INTO A LIE, and worshipped and served the creature more than the Creator, who is blessed forever. Amen. For this cause God gave them up to vile affections: FOR EVEN THEIR WOMEN DID CHANGE THE NATURAL USE INTO THAT WHICH IS AGAINST NATURE: And likewise also the Men, leaving the natural use of the Woman, burned in their lust one towards another; men with men working that which is unseemly... And Even as they did not like to retain God in their knowledge, God gave them over to a reprobate mind, to do those things which are not convenient... Who knowing the judgment of God, that they which commit such things are worthy of death, not only do the same, but have pleasure in them that do them." {Reference: The Holy Bible, King James Version, Book of The Epistle of Paul the Apostle to the Romans, Chapter 1, Verses 21 through 32 (quoted in pertinent part)} (added EMPHASIS are this writer's Own).

6. The ungodliness of Mankind inevitably spawned lawlessness, which overtime, progressed and evolved into the expansions of an existing "STATE"; by vain imaginations of corrupt "people" and, by the corrupted manifestations of fictional "persons"; exemplifying the "principal(-ities), powers, rulers of the darkness of this world, and spiritual wickedness in high places" [antecedently] written about by the Apostle Paul {Ephesians 6:12}; including but not limited to [principal] individuals [and agents] germane to this cause of action, named and unknown, who portray themselves as "THE PEOPLE OF THE STATE OF MICHIGAN".

* ECCLESIASTICAL NOTICE: "For the mystery of iniquity doth already work: only he who now letteth will let, until he be taken out of the way. And then shall that wicked be revealed, who the Lord shall consume with the spirit of his mouth, and shall destroy with the brightness of his coming: Even him whose coming is after the working of Satan with all powers and signs and lying wonders, with all deceivableness of unrighteousness in them that perish; because they received not the love of the truth, that they might be saved. For this cause God shall send them strong delusion, that they should believe a lie: That they all might be damned who believe not the truth, but had pleasure in unrighteousness." {Reference: The Holy Bible, King James Version, Book of The Second Epistle of Paul the Apostle to the Thessalonians, Chapter 2, Verses 7 through 12 (quoted in pertinent part)} (added EMPHASIS are this writer's Own).

7. Those same minions of the "dark angel" called Lucifer and Satan have malevolently sought to usurp and undermine the power and authority of "We the People"; by circumventing the political power and autonomy of government(s) bound to consent of "the People"; devising a number of inherently fraudulent, necessarily deceptive, and structurally flawed security instruments and other commercial devices; to [precisely] "govern" the "mental" of societal masses, via [presumed] incorporations of Sovereign "individuals" under a system of corporate-simulated [statutory] laws and [technical] rules, among other oppressively practicable codifications of [de facto] "public policy" used to collectively control and make merchandise of "We the People".

* ECCLESIASTICAL [common law] NOTICE: "For the preaching of the cross is to them that perish foolishness; but unto us which are saved it is the power of God. For it is written, I will destroy the wisdom of the wise, and will bring to nothing the understanding of the prudent. Where is the wise? where is the scribe? where is the disputer of this world? hath not God made foolishness the wisdom of this world? For after that in the wisdom of God the world by wisdom knew not God, it pleased God by the foolishness of preaching to save them that believe." {Reference: The Holy Bible, King James Version, Book of The First Epistle of Paul the Apostle to the Corinthians, Chapter 1, Verses 18 through 21} [quoted in pertinent part].

8. The Living Soul: "Isaiah Steward Robinson" has been bestowed a [Spiritually] Intelligent, Logical, and Conscious purpose of being called to come before the BAR of justice, in his natural state; as the Breathing and Sentient being made of Flesh, Blood, Bones, and Sinew; born [March 2, 1983] into the (Holy) union of matrimony between his Father: Fonzie Lee Robinson and Mother: Marilyn Andrea Robinson.

* ECCLESIASTICAL [common law] NOTICE: "Honour thy Father and thy Mother: that thy days may be long upon the land which THE LORD THY GOD GIVETH THEE." {Reference: The Holy Bible, King James Version, The Second Book of Moses called Exodus, Chapter 20, Verses 12} (added EMPHASIS are this writer's Own);

"BUT NOW thus saith the Lord that created thee, O Jacob, and He that formed thee O Israel, Fear not: I have redeemed thee, I have called thee by name; thou art mine. When thou passest through the waters, I will be with thee; and through the rivers, they shall not overflow thee: when though walkest through the fire, thou shalt not be burned; neither shall the flame kindle upon thee... YET NOW hear, O Jacob My servant; and Israel whom I have chosen: Thus saith the Lord that made thee from the womb, which will help thee; Fear not, O Jacob My servant; and thou, Jesurun, whom I have chosen. I will pour water upon him that is thirsty, and floods upon the dry ground: I will pour My spirit upon thy seed, and My blessing upon thy offspring." {Reference: The Holy Bible, King James Version, The Book of Isaiah, Chapter 43, Verses 1 and 2; Chapter 44, Verses 1 through 3}

9. The Corporation Sole: "ISAIAH STEWARD ROBINSON", including any and all derivatives and/or variations in spelling of the tradename [customarily] depicted by emphatic uses of consecutive capital letters; signifies a juristic (i.e. fictitious and artificial) "person" indicative of the {trust} "res" and "corpus" denoting claims and interests held by entities and instrumentalities of "UNITED STATES" d/b/a "STATE OF MICHIGAN".

10. Hitherto; the usurpers of "Our" political powers, being in allegiance to those foreign influencers that vehemently desire to [wholly] "govern" "mental", are now [unconstitutionally] incumbent upon this writer's Sovereignty, as well as, being found overtly at enmity with the innate "form of godliness" hardwired into the psyche of believers' in a [self-evident] truth that: "All Men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the pursuit of Happiness--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed". {Quoting, in pertinent part, from "The Declaration of Independence"; Adopted [in Congress] on or about July Fourth, Seventeen Seventy-Six}

11. "STATE OF MICHIGAN", incorporated, has surreptitiously established a corrupt [jurisprudential] system providing for their abuses and misuses of the above-mentioned "just powers"; to: oppress, enslave, and defraud the Michigan populace (including but not limited to the "Represented person" in this matter); through cunning and crafty uses of legislated maneuvers that [merely] have the appearance of being lawful.

12. Certain prerequisites suiting to typically achieve such a feat, had in large part been previously sanctioned by government(s) redefining of terms like "person", essentially disenfranchising "We the People", unwittingly, from our status as free Men and Women; by presuming to amalgamate Our natural born "person" with an individualized legal and commercial entity, under [state and federal] codifications not unlike or limited to the following examples:

(i) [Federal] JUDICIARY AND JUDICIAL PROCEDURE (i.e. United States Code: Title 28, Section 3002) promulgates that the term "Person" includes a natural person (including an individual Indian), a corporation, partnership, and unincorporated association, a trust, or an estate, or any other public or private entity, including a state or local government or an Indian tribe " {Reference: 28 USC 3002 (10)}; and likewise

(ii) [State] Uniform Commercial Code (i.e. MICHIGAN COMPILED LAW Chapter 440, Section 1201) codified the term "Person" to mean an individual, corporation, business trust, estate, trust, partnership, limited liability company, association, joint venture, government, governmental subdivision, agency, or instrumentality, public corporation, or any other legal or commercial entity. {Reference: MCL 440.1201 (1), (aa)}

13. By these deceptions, and similar types of misleading shenanigans; the corporately fashioned "Principal obligor", i.e. the "Represented person": ISAIAH STEWARD ROBINSON; by means of a " MICHIGAN DEPARTMENT OF CORRECTIONS" [cusip] Commercial Tracking Number: 462832, is being lawlessly used by Agents for the Principal: "STATE OF MICHIGAN", in a criminally mischievous and commercially unreasonable manner; via: studied concealments, material misrepresentations, superior knowledge, and other mechanisms of "fraud-in-the-factum" and "fraud-in-the-inducement" (e.g. unlawful conversions, theft and counterfeiting of securities, undue influences, and forgeries). {References: MCL 440.3103 (1), (j); MCL 440.3307 (1)}

14. More specifically; the undersigned continues to be irreparably injured and prejudiced by innumerable [customarily] corporatized procedures "STATE OF MICHIGAN" uses to condition the legality of imprisonment-for-profit; via SYNERGISTIC and CHAMPERTOUS undertakings (among other UNFAIR and UNWHOLESOME BUSINESS PRACTICES) that [primarily] annex the function of a STATE [Executive Branch] "PAROLE BOARD AGENCY", which, although tacitly, is tasked with modification(s) of the debtors recognizance with respect to "Contract Surety Bonds" (e.g. "registered bond", "bid bond", "performance bond", "payment bond", "fiduciary bond", "penal bond", etc.) among other debt obligations, including [questionable] liabilities of the debtor [purportedly] arising from EXECUTORY CONTRACTS, by which "the prisoner" has presumably incurred responsibilities and obligations under the ambiguous terms and conditions of a [January 9, 2017] "JUDGMENT OF SENTENCE COMMITMENT TO DEPARTMENT OF CORRECTIONS".

15. Damage, injury, and like victimization(s) being suffered by the Living Man: "Isaiah Steward Robinson", though [colorably] cloaked beneath a facade of misfeasances, malfeasances, and nonfeasance; exhibiting a "color of law" behind which Agents for the Principal: STATE OF MICHIGAN believe they are shielded by [questionable] "public policy", which in short, effectively disguises the ORGANIZED CRIME(s) actively perpetrated against the {trust} estate of Claimant, to-wit: "ISAIAH STEWARD ROBINSON". The same continuity-of-crimes committed by "STATE OF MICHIGAN" are [quite] conspicuously exemplified on the face of debt instruments produced, recorded, transfered, "compiled and maintained" by "STATE" authorities and other "public officials" complicit in a conspiracy to conceal ·CORRUPT and CRIMINAL misconduct(s) with compilations of fraud, under clearly FALSE PRETENSE.

16. Thereby "STATE OF MICHIGAN" is alleged by this complaint to be loaning, trading and/or selling [STOLEN] equity(-ies) that belongs to the [regarded] Trust Estate, which, is being misused (under corporate-simulated MICHIGAN statute) as a tool of exploitation, extortion, and involuntary servitude; via a nefarious form of [governmental] enslavement guaranteeing the perpetuity of occasions for continued {Trust} "maintenance" by MICHIGAN DEPARTMENT OF CORRECTIONS.

17. The State legislature has promulgated that MICHIGAN Uniform Commercial Code "must be liberally construed and applied to promote the following underlying purposes and policies:

(a) To simplify, clarify and modernize the law governing commercial transactions.

error    jpay Tell your friends and family to visit www.jpay.com to write letters and send money!    error

(b) To permit the continued expansion of commercial practices through custom, usage, and agreement of the parties.

(c) To make uniform the law among the various jurisdictions.

NOTE: Unless displaced by the particular provisions of this act, the principles of law and equity, including the law merchant and the law relative to capacity to contract, principal and agent, estoppel, fraud, misrepresentation, duress, coercion, mistake, bankruptcy, or other validating or invalidating cause shall supplement its provisions." [MCL 440.1103 et. seq.]

BRIEF CAUSE OF ACTION SYNOPSIS

On April 13th [2016] "Isaiah Steward Robinson" was [unconstitutionally] "taken by force and fraud"; on the [tentative] basis that "CITY OF WHITE CLOUD" Police Sergeant: Daniel Evans reasonable believed "Isaiah Steward Robinson" had allegedly assaulted a man named Laird Weston. Be that as it were, the [juristic] person: "ISAIAH STEWARD ROBINSON" was never actually accused or formally charged with said "assault"; or arraigned and ultimately " charged for ANY other OFFENSE even remotely related to Daniel Evans supposed "arrest" premise. At any rate [extraneous] "charges" were sustained against "ISAIAH STEWARD ROBINSON" for several [unrelated] offenses alleged as [incidental] to the apprehension of the Living Soul. Contrary to popular court opinions; both the laws that opposing parties are bound to by the State Legislature and, particularly, based upon the [constitutional] covenant between We, the people, and government(s) receiving just powers by consent of the governed; "Isaiah Steward Robinson" has not been imprisoned, pursuant to MICHIGAN statute, but the Living Soul has--in fact--been [unlawfully] imprisoned for the debt obligations of "ISAIAH STEWARD ROBINSON," as the direct result of being "kidnapped" under color of law (i.e. by means of unconstitutional search and seizure of the "person") on April 13, 2016. {Reference: Michigan Constitution of 1963, Article I, Section 11}

On three consecutive occasions, most recently on June 24, 2022, a "Parole Board Notice of Decision" to continue making merchandise of "Isaiah Steward Robinson" has compiled the evidence that this writer is being [unconstitutionally] held hostage by the "MICHIGAN DEPARTMENT OF CORRECTIONS - Parole Board Agency"; for conspicuous ransom which amounts to the [literal] monetization of the supposed "criminal" and "prisoner misconduct" charges. The [MICHIGAN] "Parole Board Agency" has demonstrated a significant number of deliberate act construable as subterfuge; which this complaint alleges to be corrupt conduct tantamount to subversions and retaliations against Claimant. More specifically, Complainant submits that agents for the principal "MICHIGAN DEPARTMENT OF CORRECTIONS", including the "Parole Board Agency" has become complicit in the underlying kidnapping conspiracy at the root of this cause.

Since [approximately] July 2020; the Complainant and Claimant has been endeavoring to perfect security interests in the Trust by [duly] lodging claims and defenses against the instruments denoting [de facto] jurisdiction and authority wielded by department of corrections. To date, STATE OF MICHIGAN [et. al.] has continued to thwart, sabotage, ignore, stultify, and otherwise negate the insurmountable evident of "KIDNAP" and honest proof of "UNLAWFUL IMPRISONMENT. In lieu of being amenable to these inescapable truths;department of corrections administrative and custodial personnel have undertake divers acts of reprisal (including violence, threats of violence, excessive use of force, and intentional infliction of emotional distress a plethora of occasions) in direct response to this writer's EXERCISE OF PROTECTED CONDUCT. In fact, documents consistent with the departments own records shall expose innumerable instances where Complainant was subjected to vindictive, malicious, punitive, and injurious treatment by MDOC employees and contractors--in response to peaceful demonstrations of protected conduct, and accordingly, those records will likewise show correlations, i.e. "proximate cause", between Claimants expressed recognitions of inherent constitutional privilege, in contrast to, their [unconstitutional] reactions to protected conduct, which, had been intended to detour and/or prevent Complainant's challenges to the [unlawful] "document of title" and "control of letter-of-credit-right" evinced by a [January 9, 2017] "JUDGMENT OF SENTENCE COMMITMENT TO DEPARTMENT OF CORRECTIONS", hereafter "Judgment of Sentence". In more than one instance "MICHIGAN DEPARTMENT OF ATTORNEY GENERAL" has [tacitly] acknowledged certified copies of said "Judgment of Sentence", which evidences a record of mortgage as financing statement, as also being the department of corrections [primary] instrument of security, to wit, a record "regularly compiled and 'maintained' in the normal course of business of the Michigan Department of Corrections". Thereby and therefore the same constitutes a "Document of Title" under MICHIGAN Uniform Commercial Code.{Michigan Constitution of 1963, Article I, Section 9} [Reference: MCL 440.9107 et. seq.; MCL 440.1201(1),(a); and MCL 440.9502(3)]

Despite undersigners [superfluous] efforts to proffer "STATE OF MICHIGAN" (including but not limited to: "COUNTY OF NEWAYGO" and "MICHIGAN DEPARTMENT OF CORRECTIONS") with the private "Opportunity to Exhaust Administrative Remedy" and achieve [full] settlement of ledger(s) and closure of account(s); "STATE OF MICHIGAN" operatives are obviously more partial to the perpetual benefits of stealing (e.g. "unjust enrichments" and "ill gotten gains") from the trust in a continuity of ACTIONABLE FRAUD. By averting the option of establishing a sum total, and thereby, achieve discharge of the account(s); "STATE OF MICHIGAN", by and through its cognizable subsidiary, department of corrections, has for 6-years, respectively, maintained an essentially open-ended-mortgage.

This continued usages of the Ens Legis Debtor: "ISAIAH STEWARD ROBINSON" as a [commercial] vessel from which profits are [prevalently] maximized by redundant MDOC administrative {Trust} account "maintenances" of INTERPLEADED FUNDS could not depict a more "text book example" of widespread corruption within the Principal: STATE OF MICHIGAN. The exemplified modes of commercially unreasonable transactions, though shrouded behind clandestine and esoteric [governmental] "police power" exemptions that have granted "STATE OF MICHIGAN" these exclusively oppressive and persecutory leverages against the [juristic] "person": ISAIAH STEWARD ROBINSON; are indubitably misbelieved by the [corporate] "STATE" to be [somehow] negligible and/or [customarily] unbeknownst to the [natural born] "person": Isaiah Steward Robinson.

TAKE NOTICE: This writer is not longer so susceptible to such powers that "govern" "mental"; by which "STATE OF MICHIGAN" is concealing the grievousness of injury caused by [ongoing] crimes, violations, and privations against the Living Soul: "Isaiah Steward Robinson", Secured Party Creditor.

ECCLESIASTICAL [common law] NOTICE: "For We know in part, and We prophesy in part. But when that which is perfect is come, then that which is in part shall be done away. When I was a child, I understood as a child, I thought as a child, but when I became a Man, I put away childish things. For now We see through a glass, darkly, but then face to face: now I know in part; but then shall I know even as also I am known." {Reference: The Holy Bible, King James Version, Book of The First Epistle of Paul the Apostle to the Corinthians, Chapter 13, Verses 9 through 12}; and

"...Before faith came, we were kept under the law, shut up unto the faith which should afterward be revealed. Wherefore the law was our schoolmaster to bring us unto Christ, that We might be justified by faith. But after that faith is come, We are no longer under a schoolmaster." {Reference: The Holy Bible, King James Version, Book of The First Epistle of Paul the Apostle to the Galatians, Chapter 3, Verses 23 through 25}

\* The posture and basis for this action is further enumerated as follows:

1) By [incorporated] partnership(s) and association(s); "the prisoner" includes all personalty called "ISAIAH STEWARD ROBINSON", via the MDOC [cusip] Commercial Tracking Number: 462832, and; the same entity of [solely] commercial and legal existence denotes collateral, mutual investments, convertible security, along with other security interests in the mortgaged property being shrouded behind terms and concepts depicting the "United States person", to wit, a third-party transferee domiciled in the "Washington" District of Columbia (i.e. "Washington, D.C."). [Reference: 26 USC 7701 (1), (2), (3), (30), respectively.]

COMMON LAW NOTICE: "But the power given to the States by 'the people' is not taken away, for the Constitution does not say so. In the Confederation, Congress has this power, but the State Legislatures had it also. The power of Legislating, given them in the Ten Miles Square, is exclusive." [See: Padelford, Fay & Co. v. The Mayor and Alderman of the City of Savannah, 14 Ga. 438, at 476 (1854)]; nevertheless,

"In Michigan, questions historically of equitable cognizance must be determined in chancery." [See: Michigan Mut. Liability Co. v. Baker, 295 Mich. 237, 294 N.W. 168 (1940)].

2) Claimant is entitled to a "sustained" objection regarding the use and/or application of [any] "court rules" (federal, state, or "local"); whereas legal [technical] rules are neither pertinent, determinative, or at all germane with respect to disposing of [equitable] claims presented in Chancery.

COMMON LAW NOTICE: "Jurisdiction of courts of equity in Michigan is coextensive with powers and jurisdiction of courts and judges in chancery in England." [See: Powers v. Fisher, 279 Mich. 442, 272 N.W. 737 (1937); Henkel v. Henkel, 282 Mich. 473, 276 N.W. 522 (1937)]; therefore

"The jurisdiction of the circuit court in chancery was ENTIRELY STATUTORY." [See: Heck v. Bailey, 204 Mich. 54, 169 N.W. 940 (1918)]; and, even so,

"Jurisdiction in equity is COMPLETE AND PLENARY BY FORCE OF STATUTE, except as specifically restricted or limited." [See: Smith v. Klenk, 367 Mich. 65, 116 N.W.2d 202 (1962)].

to

\* FOR THE RECORD: This complaint is none-the-less a common-law-bill involving questions especially pertinent'the MICHIGAN constitutional {trust} agreement; wherefore POSITIVE-LAW is merely referenced, inadvertently, in connection to its remote and nebulous [substantive] relevancy, i.e. to the extent that a familiar idiom of [uniform] vernacular shall, perhaps, preclude the commonly used ploy that Complainants' suit is "incomprehensible", "unintelligible", or otherwise "indecipherable" to the court. Any such references herein made to the [adhesively] binding codification of so-called "statute" (whether State or Federal) are expressly for purposes of stating the "cause of action" with specific allegations necessary to reasonably inform adversarial parties concerning the nature of claims, against which said parties are hereby called upon, individually and/or collectively, to answer without the interferences of UNWARRANTABLE PREJUDICES that promote INEQUITABLE BIAS. More precisely, bias and prejudices [judicially] imposed by means of CORPORATE-SIMULATED technicalities, which, customarily give occasion to an unavoidable propensity for stultification of Claimants Beneficiary status, with similar tendencies to usurp NATURAL LAW principles and inevitably negate the virtue and integrity of Jurisdiction-in-Equity.

3) The "cause of action" hereby activating this forums jurisdiction-in-equity DOES NOT beckon for commonly [pejorative] application(s) of corporate-simulated "private" and "special" statutes, neither arbitrary or otherwise capricious court rules; nor shall the claims stated yield to oppressive and persecutory administrative policies. Those types of individually sanctioned "judicial" policies and procedures are often implemented under politically-fueled judiciary precedence(s); found to be discoverably generated from and driven by (treasonous) imaginations, creations, or otherwise-devised implementations of "judicial" procedure(s) "practiced" and "exercised" in present times, with bold and blatant disregard for the constitutional {trust} agreement between government(s) and--those governed.

* FOR THE RECORD: Complainant explicitly reserves the right to cure any defects and/or to otherwise correct potential mistakes or errors which "the court" may find to be outside the scope of being "liberally" construable; prior to dismissal or any other "sua sponte" type reasoning which might capriciously bring about a final disposition in the instant matter. Claimant further reserves the right to controvert any rebuttal(s) of opposing party(-ies) at any time prior to final disposition of this cause.

4) Not only so; it is quite apparently that precise path of unencumbered adjudicative leeway by which the "STATE OF MICHIGAN" has foisted upon this writer such an unconscionably engineered "MISCARRIAGE OF JUSTICE". Having, in so doing, made a mockery of "the court" system through this vivid display of the bias and prejudices which can-and-likely-will occur within the scope of "broad discretions" without the expectation of impartiality; especially by means of [criminalistic] abuse/misuse of "practicable" judiciary powers and authority otherwise lawfully transferable under the War Powers Act, and, whenever Trading-with-the-Enemy in Commerce.

COMMON LAW NOTICE: Where irreparable injury will result from acts of public officials in attempting to proceed under invalid statute, jurisdiction in equity may be invoked for purposes of obtaining injunctive relief and determination as to the constitutionality of such statute. [See: Diggs v. State Board of Embalmers & Funeral Directors, 321 Mich. 508, 32 N.W.2d 728 (1948), cert. denied, 335 U.S. 885, 69 S. Ct. 234, 93 L. Ed. 424 (1948)]

5) Under the {trust} contract regarded as Michigan Constitution of 1963; this writer declares [absolute] sovereignty over, and priority exemption from, any and all "acts" and "bills" passed: (a) by Executive Order; (b) at the whims of a Senate regulated [continental] Congress; or, (c) by any other means of [foreign] influences which have antecedently promulgated increasingly mercantile "UNITED STATES" and "STATE" of Michigan policies.

TO BE CLEAR: This writer, "Isaiah Steward Robinson", as [a] beneficiary-in-common; cannot and will not succumb forcibly or otherwise to any Federal or State system of laws designed merely for profits, by empowerment(s) of executive, "continental", or otherwise legislative decisions. The [foreign] jurisdictional influence Claimant herein objects to and opposes, includes, but must not be limited to corporate: laws, rules, and procedures [cunningly] crafted and foisted upon a [complacently] subservient, [apathetically] indoctrinated, and [unwittingly] ignorant "general" public; by a sovereign "UNITED STATES" incorporated out of London (England), yet, seated in "Washington" behind a "Corporate Veil" of non-disclosures contrived to implement politics surreptitiously enforced under bureacratic codifications of [MERCHANTABLE] "private" and "special" statutes.

6) Notwithstanding any [now increasingly] mainstreamed system of "statute staple"/"statute merchant" type law (i.e. "the-law-of-the-conquered"); which has been perfected since antiquity by the Roman Empire and British Crown, to-wit: "The Church of England", and, despite the same becoming increasingly "uniform" among the various jurisdictions to: conveniently, conductively, or else systemically and arbitrarily decide civil, legal, equitable or otherwise commercial contracts by politically influenced "conscience of the court"; these claims CANNOT relent to [prejudicially] deceptive and treasonous "judicial" propensities favoring insidious Socialism views and Marxist driven opinions.

* COMMON LAW NOTICE: "That the majority shall prevail, is a rule posterior to the formation of government, and results from it. It is not a rule binding upon mankind in their natural state. There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellow-men without his consent... He is not to be deprived of his liberty, or of his rights essential to its enjoyment, but by the law of the land. And what is the law of the land? Such acts of the legislature [only] as violate none of the rules laid down in the constitution--such as allow the citizen the privileges there secured to him--acts inconsistent with the rights of freemen as declared in the constitution, which take away their constitutional privileges, which, in short, deprive a man of his life, or of the means of protection by an application to the laws of his country for redress of wrongs, without a previous trial by jury and a conviction by them, are not laws of the land--such are acts not authorized by the constitution--they have no claim to the obedience or support of the citizen as laws--they are void..." [See: Executors of Cruden v. Neale, 2 N.C. 338 (1796)] (quoted in pertinent part from "Headnotes/Summary").

7) The ambivalent contractual nexus betwixt We, the People, and a constitutional {trust} form of "government" does not support those traditionally subjective "judicial" findings reckoned "within the interest of justice"; neither does any other government charter or contract with "the People" prescribe for [extraneous] adjudicative imaginations pre-judicially and sycophantically quickened by [ad hoc] proclivities explicitly favorable to [foreign and domestic] corporations.

* COMMON LAW NOTICE: "Where a man becomes a citizen of a free country, his right to demand justice and redress of wrongs becomes at the same time one of his most essential privileges. He cannot enjoy safety and the protection of the laws without it. Without it he is not free, for what is freedom but security rendered by law to the individual. It is not denied but that every citizen may forfeit his right to protection by enormous transgressions against the laws of his country, where they have exacted such a forfeiture as part of the punishment." [See: Executors of Cruden v. Neale, 2 N.C. 338 (1796)] (quoted in pertinent part from "Headnotes/Summary").

8) This particular action cannot reasonably extend, unilaterally, those customarily "private" or "special" benefits; generally facilitated by any corporate-simulated courts' [courteous] benevolence towards political and financial private interest groups, and/or, the bureaucratic constituencies of a "STATE" incorporated out of "CITY OF LANSING" (Michigan).

* COMMON LAW NOTICE: "Each department of government empowered to do a sovereign act relative to the affairs of the government, must in doing that act, establish what the whole people, and every State, must be bound by as done by complete authority." [See: Executors of Cruden v. Neale, 2 N.C. 338 (1796)] (quoted in pertinent part from "Headnotes/Summary").

9) Parties unaffected by the relevant {trust} cannot in-good-faith expect any Trustee (i.e. the courts) to receive and/or distribute Trust benefits, particularly; by typically embezzling, stealing, extorting and/or [otherwise] fraudulently conveying this writer's [private exemption] rights, security(-ies), equity(-ies), and protections under FALSE PRETENSE; without the provisional allowances of equitable remedy not unlike relief herein prayed for.

COMMON LAW NOTICE: "He who hath committed inequity shall not havé equity." [See: Society of Good Neighbors v. Van Antwerp, 324 Mich. 22, 36 N.W.2d 308 (1949)]

10) The [principal] parties specifically named on the face of this action, including all "persons" under their authority (e.g. individuals, departments, bureaus, commissions, agencies, branches, or committees along with any other "STATE OF MICHIGAN" entities, divisions and factions), are [reasonably] required to become well-versed in the [germane] matters of procedures, rules, and laws applicable within a "STATE" OF MICHIGAN, Incorporated; wherefore each "individual" who purports--in all actuality--to act in the capacity of an agent or operative for "UNITED STATES" d/b/a "STATE OF MICHIGAN" must unequivocally be bound to the stringent requirements and inexcusable mandates established by charters protected under the [MICHIGAN] umbrella. Even so, principal(s) and agent(s) are circumspectly precluded from wantonly or even carelessly deviating from those terms and conditions of indenture; under which they have been conventionally authorized, to "act" and conduct themselves, according to the regulatory [constitutional] safeguards in place to condition and [theoretically] control implementations of the [legislative] guidelines that encompass "Public Policy(-ies)" for State and local governments.

* COMMON LAW NOTICE: ... the powers of Government may be reassumed by 'the people' whenever it shall become necessary to their happiness, ...every power, jurisdiction, and right which is not by the said Constitution clearly delegated to the Congress of the United States, or the departments of the government thereof remains to 'the people' of the several States, or to their respective State governments, to whom they may have granted the same... and... those clauses of the Constitution which declare that Congress shall not have or exercise certain powers do not imply that Congress is entitled to any powers not given by said Constituion, but such clauses are to be construed either as exceptions to certain specified powers, or as asserted merely for greater caution. [See: Padelford, Fay & Co. v. The Mayor and Alderman of the City of Savannah, 14 Ga. 438, at 469 (1854)] (quoted in pertinent part).

11) Not only so, [Michigan] common-law has redundantly set forth, in no uncertain terms, that the [private] individual has an independent duty of moral obligation; for acting and conducting them-selves in a manner that upholds the strict standards of integrity, binding "them" (as an [individual] "citizen" and "resident" of the State) to any office by which they have been vested to act, favorably, on behalf of "the people". The universal standards of professionalism are highly anticipated in any field, even, irrespective of specialized ethical practices regarded in the individuals' employment contract; which serve as the means of further compounding a necessity for those characteristics of nobility by which general duties and responsibilities are attached, and directly associated with: holding, maintaining, or otherwise representing [any] State office or place of business. In particular, a position in the public sphere requiring the individual to "act" and conduct themselves professionally, especially, persons occupying an official capacity in government.

COMMON LAW NOTICE: "The Sixth Circuit has adopted the following well-established analysis for determining whether a right is clearly established:

For a right to be clearly established, the contours of the right must be sufficiently clear that a reasonable official would understand that what he (sic) is doing violates that right. [Anderson v. Creighton, 483 U.S. 635, 640, 107 S. Ct. 3034, 97 L. Ed. 2d 523 (1987)]. It is important to emphasize that this inquiry must be undertaken in light of the specific context of the case, not as a broad general proposition. [Brosseau v. Haugen, 543 U.S. 194, 198, 125 S. Ct. 596, 160 L. Ed. 2d 583 (2004) (quoting from Ricks v. Pauch, 322 F. Supp 3d 813 (2018)].

12) Agents for the principal have an obligation to [that] Principal: "STATE" of MICHIGAN, which, indubitably requires adherence to and compliance with [legislatively] promulgated civil, criminal, and administrative safeguards; particularly the [mandatory] procedures implemented to delegate the authority of "STATE" agents, prescribe their powers, and regulate their conduct, duties, responsibilities, and obligations as operatives vested to act favorably with respect to the interest of a [federalized] "STATE", confederated, under the Michigan government inherent in We, "the People". [Reference: MCL 752.11 et. seq.]

## CONCISE DISCUSSION

Michigan Constitution of 1963 [Article VI, Section 5] promulgates that "the distinction between law and equity proceedings shall, 'as far as practicable', be abolished". Be that as it may; this suit speaks [entirely] to circumstances outside the scope of any such abolishment; whereas the "practicability" alluded to in the letter of said [constitutional] charter appears situated upon a "MICHIGAN SUPREME COURT" opinion in the case of: "Falk v. State Bar of Michigan". Claimant objects to any relevancy of "Falk", in this matter; that it might be construed to "practicably" merge standards of law-with-principles-of-equity, since, the court's opinion in the "Falk" case recognizes "only those duties and functions" by the "STATE BAR" [of justice] "which serve compelling state interests that could not be accomplished by less intrusive means". In precisely the same context this writer submits for contemplation, that, any relevant concept of "less intrusive means" has already been passed upon, and resolved, by the constitutional mandates and legislative requirements embodying rights and privileges secured under the constitutional {trust} agreement. The Constitution is in fact, and, in "deed" the original, organic, and fundamental compact between "We", "the People", and "STATE OF MICHIGAN"; having antecedently "ordained", "established", and promulgated suitable prophylactic provisions in consideration of said "less intrusive means", "compelling state interest", as well as for the protection of Claimants civil rights and personal liberties.

\* COMMON LAW NOTICE: Is this not the true idea of all Constitutions? They are instruments by which principals--people-confer power(s) upon servants, agents, presidents, members of Congress--Judges. These have but a naked authority--one coupled with no interest--one founded on no consideration; one therefore which is to be construed strictly. In a dispute between principal and agent, as to the meaning of the power of attorney, does it lie in the mouth of the agent, to pronounce what is the meaning? Just the opposite. The principal may, at will, revoke the whole power; may he not, then, do the lesser thing--interpret the meaning? [See: Padelford, Fay & Co. v. The Mayor and Alderman of the City of Savannah, 14 Ga. 438, at 469 (1854)]

As such, application of the opinion in "Falk" (whether "under", "at", or "of" the law) propagated by the MICHIGAN Constitution, that it might abolish the distinction between law and equity in this matter; must then be construed as an [ex post facto] "bill-of-attainer" imagined to prevent Claimants' and/or Suitors' from seeking remedy by these, or any other equitable means prayed for. It follows that any such abolishment of the distinction between law and equity would signify an [unconstitutional] barring of the equitable relief herein prayed for. More specifically; the notion is quite repugnant to the terms and conditions of the {trust} covenant, under circumstances of despotic [governmental] subversion and perspicuous "STATE" subterfuge.

NOTICE: "Common law condemned conspiracy directed towards illegal ends, whether object of agreement was to violate common law or statute law." [See: People v. Smith, 296 Mich. 176, 295 N.W. 605 (1941)]

FOR THE RECORD: In specific context; the Michigan [supreme] court opinion in "Falk" speaks to "rights of objecting individual attorneys", with respect to the "UNITED STATES" [First] Amendment of its ratified Constitution, via the [continental] congress. However interpreted, the "Falk" opinion is not germane to this action, irrespective of "UNITED STATES" Constitution, which is hereby expressed to be irrelevant; since any concurrent application of U. S. Constitution, regarding that question, may perhaps have an undesirable and unwarrantable propensity to change the jurisdictional scope and nature of this proceeding brought on in Chancery. The [clearly] cautionary "practicability" implied by MICHIGAN constitution, in contrast to a Complainants' [Article 1, Section 3] "right" to Petition Government for Redress of Grievances, respectfully, does not function here in such a way to provide the "STATE" Bar with any superior obligation or supreme "duty" which serves a "compelling state interest".

COMMON LAW NOTICE: "The regulation of the practice of law, the maintenance of high standards in the legal profession, and the discharge of the profession's duty to protect and inform the public are purposes in which the State of Michigan has a compelling interest... on the other hand political and legislative activities are impermissible intrusions, as are activities designed to further 'commercial and economic interests' of the members of the bar." [See: Falk v. State Bar, 418 Mich. 270, 342 N.W.2d 504 (1983)]; howbeit, to the contrary notwithstanding "Common-law indemnity is available only if the party seeking it is not actively negligent; the court looks at the primary plaintiff's complaint in determining this; if that complaint alleges only active negligence as opposed to derivative liability, the indemnity claimant is not entitled to common-law indemnity." [See: Palomba v. East Detroit, 112 Mich. App. 209, 315 N.W.2d 898 (1982)].

It should very well go without saying that the State attempting to implement such a [unconstitutional] clause, seeking to appropriate this merger of law with equity; if for no other cause than the instant, demonstrates a design to undoubtedly "further 'commercial and economic interests' of the members of the bar", thereby, making the [contemporary] technical rules engineered and manufactured "at law" autonomously paramount to principles of equity, which, in short, gives the right-of-way to an inevitable proclivity for equitable applications to become [altogether] abolished from the sphere of any contractual nexus and/or all matters of dispute resolution. This forums potential application of the questionably [constitutional] "status quo" suggestible at "Falk", which only infers a "practicable" elimination of the distinctions between law and equity; would [itself] become unconstitutional, whereas, "at law" STATE OF MICHIGAN "officials" are shielded by certain governmental immunity clause(s), yet, in chancery, the same impunity is a scarcely relevant "status quo". It is conspicuously such a status quo that has given governmental officials, both, occasion and incentive, to act so so egregiously, in an unconscionable matter, as what this complaint sets forth in comprehensive detail.

COMMON LAW NOTICE: "Equity court, in granting mandatory injunction to preserve status quo, has considerable leeway in choosing which status quo to protect upon considering all facts and circumstances of the case to determine whether injunction will maintain parties in status least likely to do irreparable injury to party who ultimately prevails." [See: Van Buren Public School Dist. v. Wayne County Judges, 61 Mich. App. 6, 232 N.W.2d 278 (1975)]

## Standard of Review

In the cause of Goetz v. Black; Michigan supreme court established the following State of Michigan precedent regarding matters of Habeas Corpus-Ad Subjiciendum, opining that:

"The right to a writ of habeas corpus is fundamental to personal liberty. Its sources in the common law go back to the earliest struggles for freedom, and precede the provision of the Magna Charta that no 'freeman shall be taken or imprisoned unless by the lawful judgment of his peers, or by the law of the land'...

The privilege of habeas corpus was further developed from time to time and established the basic right of freedom from unlawful detention. The earliest colonist brought it to this country as a part of the common law, and it became and ever since remained the law of the land. It was incorporated in the Constitution of the United States. It became part of the bill of rights in article 2 of the Ordinance for the Government of the Northwest Territory, which subsequently became the law of the Michigan Territory, and has existed in every Constitution of the State of Michigan." [See Goetz v. Black, 256 Mich. (1932) (citations omitted)].

In the seminal case of Goetz v. Black, Michigan supreme court also goes on to re-cite antecedent opinions of higher courts; quoting first, Chief Justice Taney, who stated:

"If a party is unlawfully imprisoned, the writ of habeas corpus is his appropriate legal remedy. It is his suit in court to recover his liberty."[Ref. Holmes v. Jennison, 14 Pet. (U.S.) 540].

Likewise, the court in Goetz v. Black reiterates the opinion of Mr. Chief Justice Waite, who "weighed in" powerfully on the issue of habeas corpus, stating how:

"The writ of habeas corpus is the remedy which the law gives for enforcement of the civil right of personal liberty. Resort to it sometimes becomes necessary, because of what is done to enforce laws for the punishment of crimes, but the judicial proceeding under it is not to inquire into the criminal act complained of, but to the right to liberty notwithstanding the act... The proceeding is one instituted by himself for his liberty, not by the government to punish him for his crime." [Ref. Ex Parte Tom Tong, 108 U.S. 556].

## PRIVATE ADMINISTRATIVE RELIEF AND REMEDY SOUGHT

Plaintiff requires:

1. IMMEDIATE CONSIDERATION of this action to determine what preclud[s] the release of the Living Man from MDOC custody, forthwith;

2. Respondent(s) to produce the original-wet-ink-copies of the " JUDGMENT OF SENTENCE COMMITMENT TO DEPARTMENT OF CORRECTIONS "; and, the entire Commercial Set for the Bailment;

3. A written answer to this matter by Respondent Parties, on the record, point for point, UNDER PENALTY OF PERJURY, followed by a full hearing on the merits of this matter;

4. RESTITUTION payed to the Pleader for all funds accrued and accruing, whether publicly or privately; in connection with any and all transactions arising from the April 13, 2016 KIDNAPPING of the Real-Party-in-Interest, and, subsequent FRAUD UPON THE COURT; joint-and-several-liability between Defendants: Daniel Evans, Robert Mendham, and Robert M. Hayes; after an AUDIT and FULL ACCOUNTING of the EVERY parties interest.

COMMON LAW NOTICE: "Court in equity action must be accorded considerable latitude in fashioning remedies commensurate with equities of case." [See: Governale v. Owosso, 59 Mich. App. 756, 229 N.W2d 918 (1975)]; and, "An act whether innocent, negligent, intentionally tortious, or criminal does not prevent the actor from being liable for harm caused thereby if the likelihood that a third person may act in a particular manner is the hazard or one of the hazards that makes the actor negligent... The question of duty, in a negligence action, is generally decided by the court as a matter of law; however, a jury, properly instructed by the court, should examine the issue of whether a duty exist where the facts adduced at trial are in dispute and give rise to a reasonable difference of opinion as to the forseeability of a particular risk and the reasonableness of a defendants conduct in regards to it. [See: Escobar v. Brent General Hospital, 106 Mich. App. 828, 308 N.W.2d 691 (1981)]

5. COMPENSATORY and/or other cognizable DAMAGES in the amount of $150,000.00 per year that the Plaintiff and Pleader has been Unlawfully Imprisoned, i.e. TREBLE DAMAGES tripling the amount sanctioned for "Wrongful Imprisonment Compensation" in the nature of PUBLIC ACT 343 of 2016; joint and several between Defendants Daniel Evans, Robert Mendham, and Robert M. Hayes, who each acted individually and collectively with MALICE and forethought to devise this "Conspiracy Against Rights-Under Color of Law". Such order is sought to be paid-out in their private/personal capacity(-ies), and, enforced by virtue of lien imposed under the seal of this court's venue.

HEREBY intervening as a Third Party I, Isaiah Steward Robinson, Sui Juris, also undertake in this matter to assert and exercise My privilege of PRIORITY EXEMPTION from Statute, Lien, or Levy, House Joint Resolution 192, Public Law 73-10, June 5, 1933; seeking to invoke estoppel of all actions against Me and My Trust Estate by Respondent Parties.

Thereby, I instruct the court to bar all judicial and extra-judicial collection efforts against the purported Debtor: ISAIAH STEWARD ROBINSON, Ens Legis, by which the Living Man(i.e. Corpus) is purportedly bound to the dictatorial imaginations of bureaucratic| constituency(-ies)

This writer has suffered, and continues to suffer, IRREPARABLE INJURY by Respondent Parties arising from the UNLAWFUL SEIZURE of "Corpus" and "Res" in the City of White Cloud, within the "STATE OF MICHIGAN" political subdivision designated "COUNTY OF NEWAYGO".

The undersigned is presently held; by threat of physical and emotional injury, violence, or death, inside the MICHIGAN DEPARTMENT OF CORRECTIONS(MDOC), at:

MACOMB CORRECTIONAL FACILITY(MRF)
34625 26 Mile Road
Lenox Township, Michigan [near 48048].

· CERTIFICATION

I, Isaiah Steward Robinson, the Living, Breathing, Flesh-and-Blood Man hereby, Certify as Authentic the foregoing; solemnly declaring that this is the truth, and that each copy mailed, by the True and Actual Trust Estate, is true and correct to the best of My knowledge, belief, understanding, and recollection; So Help Me God.

The Primary Agent: Isaiah Steward Robinson, and, the Principal Party: ISAIAH STEWARD ROBINSON, owners of Debtor Company, Fiduciary, and Holder-In-Due-Course of said Property evinced by the Federal Stock Certificate in the form of a "CERTIFICATE OF LIVE BIRTH", a registered government security, agrees to unconditionally release, hold harmless and indemnify the "UNITED STATES" federal government, Incorporated, including any and all agencies, departments, commissions, boards, or other entity of the "UNITED STATES" federal corporation, including "STATE OF MICHIGAN", incorporated, with its subsidiaries, employees, actors, agents, and assigns; from and against any and all claims, demands, damages, causes of action or suits, of whatever kind and description, that might now or hereafter exist by reason growing out of or affecting, directly or indirectly, the release of the above described property. In addition ISAIAH STEWARD ROBINSON agrees to reimburse, through its presumed surety, Isaiah Steward Robinson, sui juris; the United States, its employees, actors, subsidiaries, agents, and assigns from any necessary expenses, fines, fees, or other cost incurred in the enforcement of any part of this agreement within thirty (30) days after receiving notice subscribed UNDER PENALTY OF PERJURY informing the Estate that the United States, its employee, actor, agent, subsidiary, or assign has incurred the same.

Signed and Executed *December 9ᵀᴴ* 2022.

ISAIAH STEWARD ROBINSON

By: *Isaiah Steward Robinson (w/o prejudice UCC 1-207)*

Commercial Signature/Tradename , Ens Legís Debtor

Secured Party/Primary Agent , Sui Juris Signature

**NOTE**: Upon review of the 10-Page Security Agreement, attached here to; **the 10/28/20** "**Private Settlement Contract** denoting a Statement of Interest" in the matter **shall more fully appear.**

Acting on behalf of:
ISAIAH STEWARD ROBINSON
M.D.O.C. Commercial Tracking Number: 462832
Macomb Correctional Facility(MRF)
34625 26 Mile Road
Lenox Twp., MI 48048

ALL Rights Reserved

IN CONCLUSION

" THEREFORE THUS SAITH THE LORD GOD, Behold, I lay in Zion for a foundation a stone, a tried stone, a precious corner stone, a sure foundation: he that believeth shall not make hast.

Judgment also will I lay to the line, and righteousness to the plummet: and the hail shall sweep away the refuge of lies, and the waters shall overflow the hiding place.

And your covenant with death shall be disannulled, and your agreement with hell shall not stand; when the overflowing scourge shall pass through, ye shall be trodden down by it.

From the time that it goeth forth it shall take you: for morning by morning shall it pass over, by day and by night: and it shall be a vexation only to understand the report.

For the bed is shorter than that a man can stretch himself on it: and the covering narrower than that he can wrap himself in it. " [Isaiah 28:16-20(KJV)]

(under Protest)
Prisoner Name: ROBINSON, ISAIAH STEWARD (Ens Legis)

Prisoner Number: 462832

MACOMB CORRECTIONAL FACILITY
34625 26 Mile Rd.
Lenox Twp., MI 48048



US POSTAGE ᴹᴵᴸᴸᴵ PITNEY BOWES

ZIP 48048  $ 002.16⁰
02 4W
0000376305 DEC 09 2022

United States District Court
  399 Federal Building
  110 Michigan N.W.
  Grand Rapids, Michigan
                    [near 49503]