# 1

## SECURITY AGREEMENT

In the year 2020, on the 28ᵀᴴ day of the month Ten_____, this Security Agreement is established, by and between the Ens Legis: ISAIAH STEWARD ROBINSON, hereinafter referred to as "Debtor" (SOCIAL SECURITY ACCOUNT NUMBER 371923142); and, the Primary Agent, Isaiah Steward Robinson, Sui Juris, hereinafter referred to as "Secured Party". The Parties, shall be identified as follows:

DEBTOR:

ISAIAH STEWARD ROBINSON
Abstract Corporate Personality

Secured Party:

Isaiah Steward Robinson
Biological Flesh-and-Blood Man

**RECEIVED**

**JUN 27 2022**

ANTHONY G. FORLINI
Macomb County Clerk

NOW, HEREBY, the Parties agree as follows:

### AGREEMENT

In consideration for Secured Party providing certain accommodations to DEBTOR including, but not limited to, Secured Party:

1. Constituting the source, origin, substance, and being, i.e., basis of "pre-existing claim", from which the existence of the DEBTOR was derived, and on the basis of which the DEBTOR is able to function as a transmitting and transmuting utility to conduct Commercial Activity as a conduit for the transmission of goods and services to the Secured Party; to interact, contract, and exchange goods and services, obligations, and liabilities with other DEBTORS, corporations, and artificial persons in Commerce;

2. Signing to accommodate for DEBTOR in all cases, whatsoever, wherein any signature of DEBTOR is required;

3. Issuing a binding commitment to extend credit, or, for the extention of immediately available credit, whether or not drawn upon or any charge-back is provided for in the event of difficulties with collection;

4. Providing the security for payment of all sums due or owing or to become due or owing, by DEBTOR; and,

5. Constituting the source of the assets, via the sentient existence, exercise of faculties, and labor of Secured Party; providing the valuable consideration sufficient to support any contract which DEBTOR may execute or to which DEBTOR may be regarded as bound by any person whatsoever.

DEBTOR hereby confirms that this Security Agreement is a duly executed, signed, and sealed private contract entered into knowingly, intentionally, and voluntarily by DEBTOR and Secured Party, wherein and whereby DEBTOR:

1.) Voluntarily enters DEBTOR in the Commercial Registry;
2.) Transfers and assigns to Secured Party a security interest in the Collateral described herein below; and,
3.) Agrees to be, act, and function in law and commerce, as the unincorporated, proprietary trademark of Secured Party for exclusive and discretionary use by Secured Party in any matter that Secured Party, by sovereign and unalienable right, elects.

### PUBLIC LAWFUL NOTICE

Filing of this Security Agreement by the Parties constitutes open, lawful, public notice that:

1. The law, venue, and jurisdiction to signify recording of this Security Agreement is the ratified, finalized, signed, and sealed private contract freely entered into by and between DEBTOR and Secured Party as registered herewith.

2. This Security Agreement is contractually complete herein and herewith and cannot be abrogated, altered, or amended, in whole or part, without the expressed written consent of both DEBTOR and Secured Party.

3. DEBTOR is the transmitting utility and unincorporated proprietary trademark of Secured Party, and, all property of DEBTOR is the secured property of Secured Party.

4. Any unauthorized use of DEBTOR in any manner that might influence, affect, pertain to, or be presumed to pertain to Secured Party, in any manner, is expressly prohibited without the written consent of Secured Party.

## FIDELITY BOND

By this presentment shall all men know that Ens Legis DEBTOR, ISAIAH STEWARD ROBINSON, establishes this bond in favor of Secured Party, Isaiah Steward Robinson, in the sum of One-Hundred Million United States Dollars ($100,000,000), for the payment of which bond, well and truly made, DEBTOR binds DEBTOR and DEBTOR'S heirs, executors, administrators, and third-party assigns, jointly and severally, by this presentment.

The conditions of the above bond are a Secured Party covenant to do certain things on behalf of DEBTOR by passing through DEBTOR and conveying to Secured Party goods and services, in Commercial Activity by said covenant, to serve as a transmitting utility therefore, and as assurance of fidelity granting to Secured Party a Security Interest in the below described Collateral.

This bond shall be in full force and effect as of the date hereon and until the DEBTOR'S Surety, Isaiah Steward Robinson, is released from liability by written order of the UNITED STATES GOVERNMENT, and, provided that said Surety may cancel this bond by being relieved of further liability hereunder after delivering (30) thirty-day written notice to DEBTOR. No such cancellation shall affect any liability incurred or accrued hereunder prior to the termination of said (30) thirty-day period. In the event of notice of cancellation, DEBTOR agrees to re-issue the bond before the end of said (30) thirty-day period for an amount equal to, or greater than, the above stated value of this security agreement, unless the Parties agree otherwise.

## INDEMNITY CLAUSE

DEBTOR, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold Secured Party harmless from and against any and all claims, losses, liabilities, cost, interest, and expenses, hereinafter referred to as "Claims" or "Claim", which Claims include (without restriction) all legal cost, interest, penalties, and fines suffered or incurred by Secured Party, in accordance with Secured Party's personal guarantee, with respect to any loan or indebtedness of DEBTOR, including any amount DEBTOR might be deemed to owe to any creditor for any reason whatsoever.

Secured Party shall promptly advise DEBTOR of any Claim and provide DEBTOR with full details of said Claim, including copy of any document, correspondence, suit, or action received by or served upon Secured Party. Secured Party shall fully cooperate with DEBTOR in any discussion, negotiation, or other proceeding relating to any Claim.

## OBLIGATIONS SECURED

The security interest granted herein secures any and all indebtedness and liability whatsoever of DEBTOR to Secured Party, whether direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising, and however evidenced.

## COLLATERAL

The collateral to which this Security Agreement pertains includes, but is not necessarily limited to, all hereinbelow described personal and real property of DEBTOR, now owned or hereafter acquired by DEBTOR, in which Secured Party holds all interest. DEBTOR retains possession and use, along with rights of possession and use, for all collateral, proceeds, products, accounts, and fixtures, including Orders therefrom releasing same to DEBTOR.

Before any of the below-itemized property can be disbursed, exchanged, sold, tendered, forfeited, gifted, transferred, surrendered, conveyed, destroyed, disposed of, or otherwise removed from DEBTOR'S possession, Dishonor Settlement Agreement #001 held by Secured Party must be satisfied in full and acknowledgment of same completed.

1. All proceeds, products, accounts, and fixtures from crops, mine head, wellhead, with transmitting utilities, ect.;

2. All rents, wages, and income;

3. All land, mineral, water, and air rights;

4. All cottages, cabins, houses, and buildings;

5. All bank accounts, bank "safety" deposit boxes (and the contents therein), credit card accounts, mutual fund accounts, certificate of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trust;

6. All inventory in any source;

7. All machinery, either farm or industrial;

8. All boats, yachts, water craft, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto, or stowed therein, including but not limited to: all motors, engines, and ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;

9. All aircraft, gliders, balloons, and all equipment accoutrements, baggage, and cargo affixed or pertaining thereto, or stowed therein, including but not limited to: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;

10. All motor homes, trailers, mobile homes, recreational vehicles, houses, cargo, and travel trailers, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, including but not limited to all ancillary equipment, accessories, parts, service equipment, lubricants, fuels, and fuel additives;

11. All livestock and animals, and all things required for the care, feeding, use, and husbandry thereof;

12. All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances;

13. All computers, computer-related equipment and accessories, electronically stored files or data, telephones, electronic equipment, office equipment and machines;

14. All visual reproduction systems, aural reproduction systems, motion pictures, films, videotapes, audio tapes, soundtracks, compact disc, phonograph records, film, video, and aural production equipment, cameras, projectors, and musical instruments;

15. All manuscripts, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;

16. All books and records of DEBTOR;

17. All Trademarks, Registered Marks, copyrights, patents, proprietary data and technology, inventions, royalties, goodwill;

18. All scholastic degrees, diplomas, honors, awards, meritorious citations;

19. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer productions or storages of all kinds, whatsoever, of DEBTOR;

20. All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, blood and blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal image, and the descriptions thereof, and all other Corporeal identification factors, and said factors' physical counterparts, in any form, and all records, record numbers, and information pertaining thereto;

21. All biometrics data, records, information, and processes not elsewhere described, the use thereof, and the use of the information contained therein or pertaining thereto;

22. All rights to obtain, use, request, or refuse or authorize, the administration of, any food, beverage, nourishment, water, or any substance to be infused or injected into, or affecting the body by any means, whatsoever;

23. All rights to request, refuse, or authorize the administration of any drug, manipulation, material, process, procedure, ray, wave which alters, or might alter the present or future state of the body, mind, spirit, or will by any means, method, or process, whatsoever;

24. All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, and any software, machinery, or devices related thereto;

25. All rights to access and use utilities upon payment of the same unit cost comparable to units of usage offered to most-favored customers, including cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, and other methods of communication, energy transmission, including food and water distribution;

26. All rights to barter, buy, contract, sell, or trade ideas, products, services, or work;

27. All rights to create, invent, adopt, utilize, or promulgate any system or means of currency, money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

28. All rights to use any free, rented, leased, fixed, or mobile domicile, as though the same were a permanent domicile, free from requirement to apply for or obtain any government license or permission; and, free from entry, intrusion, or surveillance, by any means, regardless of duration of lease period, so long as any required lease is currently paid or a subsequent three-day grace period has not expired;

29. All rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance, whatsoever, without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind, whatsoever;

30. All rights to marry and to procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind, whatsoever;

31. All rights to buy, sell, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, survival;

32. All rights to exercise freedom of religion, worship, use of sacraments, spiritual practice and expression, without any abridgment of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition government for the redress of grievances, or petition any military force of the United States for physical protection from threats to the safety and integrity of person or property from either "public" or "private" sources;

33. All rights to keep and bear arms for self-defense, including defense of family, and parties entreating physical protection of person or property;

34. All rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into the same any and all parties requesting safety and shelter;

35. All rights to create documents of travel of every kind, whatsoever, including those signifying diplomatic status and immunity as a free, independent, and sovereign state-in-fact;

36. All claims of ownership or certificate of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e. mind, body, soul, freewill, faculties, and self;

37. All rights to privacy and security in person and property, including but not limited to all right to safety and security of all household or sanctuary dwellers or guests, and papers and effects belonging to DEBTOR or any household or sanctuary dwellers or guests, against governmental, quasi-governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party, in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

38. All names used and all Corporation Sole(s) executed and filed, or to be executed and filed, under said names;

39. All intellectual property, including but not limited to all speaking and writing;

40. All signatures;

41. All present and future retirement incomes, and rights to such incomes, issuing from any of DEBTOR'S accounts;

42. All present and future medical and healthcare rights, and rights owned through survivorship, from any of DEBTOR'S accounts;

43. All applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, records, and record numbers held by any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use of any information and image contained therein, regardless of creator, method, location, process, or storage form, including all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, records and record numbers, and the like;

44. All library cards;

45. All credit, charge, and debit cards; and, mortgages, notes, applications, card numbers, including associated records and information;

46. All credit of DEBTOR;

47. All traffic citations/tickets;

48. All parking citations/tickets;

49. All court cases and judgments, past, present, and future, in any court, whatsoever, along with all bonds, orders, warrants, and other matters attached thereto or derived therefrom;

50. All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts, and any storage boxes within which said items are stored;

51. All tax correspondence, filings, notices, coding, record numbers, and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed communicated, or utilized;

52. All bank accounts, bonds, certificates of deposit, drafts, futures, insurance policies, investment securities, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, 401-k's, and the like;

53. All accounts, deposits, escrow accounts, lotteries, over-payments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds, all records and record numbers, correspondence, and information pertaining thereto or derived therefrom;

54. All cash, coins, money, Federal Reserve Notes, and Silver Certificates;

55. All drugs, herbs, medicine, medical supplies, cultivated plants, inventory, ancillary equipment, supplies, propagating plants, and seeds, and all related storage facilities and supplies;

56. All products of and for agriculture, and all equipment, inventories, supplies, contracts, accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;

57. All farm, lawn, and irrigation equipment, accessories, attachments, hand-tools, implements, service equipment, parts, supplies, storage sheds and contents;

58. All fuel, fuel tanks, containers with involved or related delivery systems;

59. All medal-working, woodworking, and other such machinery, and all ancillary equipment, accessories, consumables, power-tools, hand tools, inventories, storage cabinets, tool boxes, work benches, shops, and facilities;

60. All camping, fishing, hunting, and sporting equipment with special clothing, materials, supplies, and baggage related thereto;

61. All rifles, guns, crossbows, bows, and related accessories including ammunition, projectiles, and integral components thereof;

62. All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, towers, and all ancillary equipment, supplies, computers, software programs, wiring, with any related accouterments and devices;

63. All power generating machines or devices with all storage, conditioning, controls, distribution, wiring, and ancillary equipment pertaining and/or attached thereto;

64. All computers, computer systems, and the information contained therein, along with all ancillary equipment, printers, data compression or encryption devices and processes;

65. All office and engineering equipment, furniture, ancillary equipment, drawings, tools, electronic and paper files with any and all items related thereto;

66. All water wells and well-drilling equipment with ancillary equipment, chemicals, tools, and supplies;

67. All shipping, storing, and cargo containers with chassis, trucks, trailers, vans, and the contents thereof, whether on-site, in transit, or in storage anywhere;

68. All building materials and prefabricated buildings, components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupation thereof;

69. All communications and data, the methods, devices, and forms of information, storage, and retrieval associated therewith, and the products of any such stored information;

70. All books, drawings, magazines, manuals, and reference materials regardless of physical form;

71. All artwork, paintings, etchings, photographic art, lithographs, serigraphs, with any frames and mounts pertaining or affixed thereto;

72. All food, devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth, transport, and storage;

73. All construction machinery, ancillary equipment, supplies, materials, fuels, fuel additives, and service equipment pertaining thereto;

74. All medical, dental, optical, prescription, and insurance records, record numbers, as well as, information contained in any such records, or pertaining thereto;

75. The will of DEBTOR;

76. All inheritances gotten or to be gotten;

77. All wedding bands and rings, watches, wardrobes, and toiletries;

78. All radios, televisions, household goods and appliances, linens, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, and antiques;

79. All ownership, equity, property, and rights to property now owned or held or hereafter acquired both personal; and, for all businesses, corporations, companies, partnerships, limited partnerships, organizations, proprietorships, and the like; and, all books and records pertaining thereto, all income therefrom, and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

80. All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, DEBTOR, whether received or not received by DEBTOR;

81. All telephone numbers;

82. Any property not specifically listed, named, or specified by make, model, serial number, etc., is expressly herewith included as collateral of DEBTOR.

## ADVISORY

ALL instruments and documents referenced/itemized above are accepted for value, with all related endorsements, front and back, in accordance with UCC 3-419; and, House Joint Resolution 192 of June 5, 1933. This Security Agreement is accepted for value, property of Secured Party, and not dischargable in bankruptcy court as Secured Party property is exempt from third-party levy. This Security Agreement supersedes all previous contracts or security agreements between DEBTOR and any prior Secured Party(s).

DEBTOR agrees to notify all of DEBTOR'S former creditors, would-be creditors, and would-be purchaser of any herein-described Collateral, for this Security Agreement, and all such personages are expressly so-noticed herewith.

This Security Agreement devolves on Secured Party's heirs and assigns (who are equally as authorized) upon taking title to this Security Agreement, as Secured Party, to hold and enforce said Security Agreement via non-negotiable contract, devise, or any lawful commercial remedy.

## DEFAULT

The following shall constitute the events of default hereunder:

1.) Failure by DEBTOR to pay any debt secured hereby when due;
2.) Failure by DEBTOR to perform any obligations secured hereby when required to be performed;
3.) Any breach of any warranty by DEBTOR contained in this Security Agreement; or
4.) Any loss, damage, expense, or injury accruing to Secured Party by virtue of the transmitting-utility function of DEBTOR.

<u>Secured Party reserves the right to satisfy any judgment, lien, levy, debt, or obligation, whether unsecured, secured, or purported to be secured, against DEBTOR by executing a Bill of Exchange against the Fidelity Bond registered herewith.</u>

*NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT, NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

SIGNATURES

Secured Party executes this Security Agreement, certified and sworn on Secured Party's unlimited liability, to be true, correct, and complete, accepting all signatures in accord with UCC 3-419.

ISAIAH STEWARD ROBINSON, DEBTOR
ISAIAH STEWARD ROBINSON 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

Isaiah Steward Robinson, Secured Party : *Isaiah Steward Robinson*

**TRUTH AFFIDAVIT**
IN THE NATURE OF SUPPLEMENTAL
RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES C(6)

Granting Exclusive Power-of-Attorney-in-Fact for the Principal Person.

**POWER OF ATTORNEY IN FACT**
TRADEMARK/COPYRIGHT
FOR THE RECORD

I, ISAIAH STEWARD ROBINSON; ROBINSON, ISAIAH STEWARD; I.S. ROBINSON; ISAIAH STEWART ROBINSON; ISAIAH S. ROBINSON, and any derivative(s) of the Ens Legis DEBTOR/CORPORATE FICTION, hereby appoint Isaiah Steward Robinson, Sui Juris, Living Soul (Non-Domestic), c/o 854 East Newell Street, White Cloud, Michigan, as Agent and Authorized Representative, with Power of Attorney in Fact to take Exclusive charge of, manage, and conduct Tax Business, make Legal decisions, direct My Commercial Affairs, control all Private/Personal matters, acting for Me in My Name and Place, without limitation on the Powers necessary to carry out the Exclusive Power of Attorney in Fact, hereby authorized, such as:

(a) To take possession of, hold, and manage My Real Estate and all other property;
(b) To receive money or property paid or delivered to Me from any source;
(c) To deposit funds in, make withdrawals from, sign checks or drafts against, any account standing in My name, individually or jointly, in any bank or other depository, cash coupons, bonds, or certificates of deposits, endorse checks, notes, or other documents in My name, have access to, and place items in or remove them from any safety deposit box standing in My name, individually or jointly, and otherwise to conduct bank transactions or business for Me in My name;
(d) To pay My just debts and expenses, including reasonable expenses incurred by My Attorney in Fact, Isaiah Steward Robinson, in exercising this Exclusive Power of Attorney.
(e) To retain investments, invest in stocks, bonds, or other securities, including real estate or other property;
(f) To give general and special proxies, exercise rights of conversion or rights with respect to shares and securities, i.e. deposit shares or securities with, or transfer them to protective committees or similar bodies, join in any reorganizations and pay assessments or subscriptions called for in connection with shares or securities;
(g) To sell, exchange, lease, give options, and make contracts concerning real estate or other property for such consideration, on such terms as My Attorney in Fact, Isaiah Steward Robinson, may deem prudent;
(h) To improve or develop real estate, construct, alter, or repair building structures, appurtenances, settle boundary lines, easements, and any other rights with respect to real estate, plant, cultivate, harvest, sell and/or otherwise dispose of crops and timber, as well as do all things necessary or appropriate to good husbandry;
(i) To provide for the use, maintenance, repair, security, and storage of My tangible property;
(j) To purchase and maintain such policies of insurance against liability, fire, casualty, or other risk as My attorney in fact, Isaiah Steward Robinson, may deem prudent;

The Agent/Living Soul, Isaiah Steward Robinson, is hereby authorized by law to act for and in control of the SECURED PARTY/CORPORATE FICTION, ISAIAH STEWARD ROBINSON, or any derivative thereof. In addition (through this Exclusive Power of Attorney) to CONTRACT FOR ALL BUSINESS AND LEGAL MATTERS of the Principal Person, ISAIAH STEWARD ROBINSON, Ens Legis DEBTOR/CORPORATE FICTION, including but not limited to COMMERCIAL AFFAIRS.

The term "Exclusive" shall be construed to mean that while these powers of attorney are in force, only My Attorney in Fact may obligate Me in these matters, and, I forfeit the capacity to obligate Myself with regards to the same. This grant of Exclusive Power is Irrevocable during the lifetime of the Agent/Living Soul, Isaiah Steward Robinson.

Executed and sealed by the voluntary act of My own hand, this **October 28TH**, 2020.

Acceptance:

ISAIAH STEWARD ROBINSON, GRANTOR

Secured Party Signature: *Isaiah Steward Robinson*

Executed without the UNITED STATES, I declare under united states of America laws, punishable by the penalty for perjury, that the foregoing is true and correct. Without Prejudice, UCC 1-207.

I, the above named Power-of-Attorney-in-Fact, do hereby accept the Fiduciary Interest of the herein-named Ens Legis DEBTOR: ISAIAH STEWARD ROBINSON, and will execute the herein-granted powers-of-attorney with due diligence.

*I. S. Robinson*

Isaiah Steward Robinson, Agent,
Attorney in Fact, With the Autograph

### TRADEMARK/COPYRIGHT

Verified Declaration in the Nature for an Affidavit of Truth in Commerce and Contract by Waiver of Tort Presented by Me, addressee, Isaiah Steward Robinson, Agent and Living soul, one for We the People, under Original Common Law Jurisdiction, by the Michigan and united states of America Contracts, the Constitutions.

ss:    Republic and one by the several
       united states
       Michigan in American

For: Whom it may concern: In the Matter of the Ens Legis DEBTOR/FICTION, SECURED PARTY known as ISAIAH STEWARD ROBINSON; ROBINSON, ISAIAH STEWARD; I.S. ROBINSON; ISAIAH STEWART ROBINSON; ISAIAH S. ROBINSON, and any derivative thereof.

SECURED PARTY may also be known as ISAIAH STEWARD ROBINSON, M.D.O.C. COMMERCIAL TRACKING NUMBER: 462832, c/o:

**Temporary Business Address:**

Macomb Correctional Facility (MRF)
34625 26 Mile Rd.
New Haven, Michigan 48048

I, Me, My, Myself, addressee: Isaiah Steward Robinson, Authorized Representative, Agent, and Power of Attorney for SECURED PARTY, the undersigned, One for We the People, Sovereign, Natural born Living soul, the Posterity, born upon the land in the one for several countries, within the one for several states united for America, the undersigned Posterity, Creditor, and Claimant, herein after "I, Me, My, Myself, Agent" do hereby solemnly declare, and state:

1. I, Me, My, Myself, Agent, Am competent for stating the matters set forth herewith.

2. I, Me, My, Myself, Agent, have personal knowledge concerning the facts to be herein stated.

3. All facts stated herein are true, correct, complete, and certain; admissible as evidence, not misleading, and if stated, I, Me, My, Myself, Agent, shall so state.

### Plain Statement of Facts

A matter must be expressed in order to be resolved. In commerce truth is sovereign. Truth is expressed in the form for an Affidavit.

An Affidavit not rebutted stands as Truth in Commerce. An Affidavit not rebutted, after (30) days, becomes the judgment in Commerce. A Truth Affidavit, under Commercial Law, can only be satisfied by Truth Affidavit rebuttal, by Payment, by Agreement, by Resolution, or by Common Law Rules and a Jury.

I, Me, My, Myself, Agent express truth by this Verified Declaration in the Nature for an Affidavit of Truth in Commerce and Contract by Waiver of Tort Presented by me, addressee, Isaiah Steward Robinson, Living Soul, Agent, one for We the People under Original Common Law Jurisdiction for the Michigan and united states of America Contracts, the Constitutions.

WHEREAS, Public Record is the highest evidence form, I, Me, My, Myself, Agent, Am hereby timely creating public record by this Verified Declaration in the Nature for an Affidavit of Truth in Commerce and Contract by Waiver of Tort Presented by Me, addressee, Isaiah Steward Robinson, Living soul, Agent, one for We the People under Original Common Law Jurisdiction for the Michigan and united states of America Contracts, the Constitutions.

1. Fact: The person/SECURED PARTY known as ISAIAH STEWARD ROBINSON, (and all derivatives thereof) is a fiction, without form or substance, thus, any semblance to a natural born body, living or dead, intentionally relegates Commercial Fraud and Acts of Genocide, against We the People for Michigan, by alleged Government officials and agents of Commercial Corporations, including the Commercial Courts, to surreptitiously disenfranchise "We the People" from our Life, Liberty, Property, and Pursuit of Happiness, among other Rights; and, to unjustly enrich themselves using their Michigan Rules of Civil/Criminal Procedure, outside the law authority of our Courts by original jurisdiction.

2. Fact: I have placed a copyright on the Ens Legis DEBTOR, Fiction/SECURED PARTY known as ISAIAH STEWARD ROBINSON, and any derivatives thereof, (trademark/fiction), SECURED PARTY is now My private property and cannot be used without My prior written consent, even then, only under the terms set out in this contract.

3. Fact: The Fiction is My perfected Security, Registered by Contract with Me, and is My Recorded Copyright Fiction by this Declaration, under Original Common Law Jurisdiction for one-hundred (100) years as the Private Property of My Estate, for My Protection, Life, and Liberty Interest.

4. Fact: Using My Fiction on any document associated in any manner with My Estate or Me, the Holder in Due Course, Agent, Exempt from Levy, without My written prior consent is strictly forbidden and chargeable per each use and issuance, in the amount of the sum certain for one thousand (1,000.00) dollars in lawful currency/exchange for the united states of America.

5. Fact: Using My Fiction for the intended gains of themselves (the issuer/user), or others, against any of My Rights or Private Property, including any part of My Estate, without full disclosure and My prior written consent is strictly forbidden, and chargeable, per each user and issuer, in the amount of the sum certain for one-thousand (1,000.00) dollars in lawful currency/exchange for the united states of America, or silver specie, as defined under Article 1, Section 10 of We the People's Contract/Constitution for the united states of America, and, per using of the Fiction, including any past, present, or future use.

6. Fact: Using My Fiction on any document associated in any manner with My Estate, or Me, the Holder in Due Course, Agent, Exempt from Levy, without My prior written consent, is all the evidence required for enforcing this agreement/contract and evidence that any and all users and issuers are in full agreement; have accepted this agreement/contract under the conditions and terms so stated and set forth herein, indicating PAYMENT is DUE and PAYABLE under the terms and conditions set forth by this agreement/contract.

I, Me, My, Myself, Agent am not an expert in the Law, however, I do know right from wrong. If there is any human being that is being unjustly damaged by any statement herein, should he/she inform me of those facts, I will sincerely make every effort to amend My ways.

I hereby and herein reserve the right for amending, to circumstantially make said amendments, concerning the execution of this document, as necessary for the ascertainment of truth relevant to proceeding(s); and, as justly determined.

Peradventure any living soul aspires to controvert this Declaration, inasmuch as it is a Commercial Matter, please do so by providing Me with your COUNTER DECLARATION/AFFIDAVIT, within ten (10) days of the instant Declaration/Affidavit being recorded, proving with particularity, stating all evidentiary facts and actual law; not merely claims and/or legal conclusions; purporting this Declaration may be substantially and/or materially false; and, sufficiently, to virtuously change My or the Fiction's Status and Factual Declarations.

Tantamount to the majority of scenarios, that fashion other-wise legal circumstances, silence in this matter shall stand as the consent and tacit approval (of would-be-opposers) for the declarations hereby established to prevail as unequivocal fact; and, as a matter of law, Certifying this Affidavit by Declaration to be made the Final Judgment in this matter, and the sum certain stated above (for violation of the same contracted agreement) to be in FULL FORCE and EFFECT, without preference, and pertinent to all parties, due, payable, and enforceable by law.

The criminal penalties for commercial fraud are determined by jury and by law, howbeit, the monetary value is set by Me; for such violation(s) against My rights, for breaching the law of this contract and the Constitutions, in the sum certain for an amount stated hereinabove, payable by any lawful tender within the united states of America, DUE on the eleventh day, or, any day thereafter as use occurs upon execution of this filing by Me in the public records for the county of Macomb __, state of Michigan.

### Certificate of Service

HEREBY I Certify/Affirm that a true copy of the foregoing document, i.e. a Verified Declaration in the Nature for an Affidavit of Truth in Commerce and Contract for Waiver of Tort Presented by me, addressee, Isaiah Steward: ROBINSON, a Living soul, the Agent, one for We the People, under Original Common Law Jurisdiction for Michigan and the united states Contracts, the Constitutions, is recorded in the public records, by the Clerk for the Court in the county for White Cloud, Michigan, this __28TH__ day of the month __October__ in the year of our Lord and Savior, Two-Thousand and Twenty A.D.

NOTICE TO THE AGENT IS NOTICE FOR THE PRINCIPAL. NOTICE TO THE PRINCIPAL IS NOTICE FOR THE AGENT.

Notice to the Clerk for the county of __Newaygo__, state of Michigan; and the record court of original jurisdiction CONSTITUTES NOTICE FOR ALL, regarding matters of relevance, by providing notice to and for all party(s), including any/all competent witnesses with firsthand knowledge, any party(s) to other, or corresponding claims, pertaining to, or, cognizable by the Fiction dating for the year it was created,

By Me-addressee: _Isaiah Steward Robinson_

Executed without the UNITED STATES, I declare under united states of America laws, punishable by the penalty for perjury, that the foregoing is true and correct. Without Prejudice, **UCC 1-207**.

### Notice

Using a Notary on this document DOES NOT constitute any adhesion, NOR does it alter my status in any manner. The purposes for notary are verification and identification, NOT FOR ENTRANCE INTO ANY FOREIGN JURISDICTION.

Further, may validation by Notary benefit the pagans and heathens for whom I pray they be led to the knowledge of the SUPERIOR and TRUE Law, as set forth by our Holy Father in Heaven, that they might Repent and be no longer alienated from the One and Only SUPREME God=Yahweh.

_ROBINSON, Isaiah Steward_
ROBINSON, Isaiah Steward

JURAT

Notary
STAMP/SEAL
hear

MACOMB County ]
] ss:
Michigan State. ]

Subscribed and affirmed before me this __28__ day of the __October__ month in the year of our Lord and Savior, Two-Thousand and Twenty, A.D.
NORBERT J. FRONCZAK
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Sep 8, 20__
ACTING IN COUNTY OF _Macomb_

_Norbert Fronczak_
Notary Signature

⌈ 10 of 10 ⌉