UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ISAIAH ROBINSON,

    Plaintiff,          Case No. 1:22-cv-1190

v.                            Honorable Paul L. Maloney

DANIEL EVANS et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: January 24, 2023          /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge